Rosalinda V. Amash (SBN 213905)
LAW OFFICE OF ROSALINDA V. AMASH
1223 Wilshire Blvd., #493
Santa Monica, CA 90403
T: (424) 268-4610
E: rosalinda@amashlaw.com

Attorney for DEFENDANTS ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>      Plaintiff,<br>v.<br><br>ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST; AND DOES 1-10, inclusive,<br><br>      Defendants. | CASE NO.: 2:20 cv 03852- JAK-AGR<br><br>**DECLARATION OF DIMITRIOS YORTZIDIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**DATE: JANUARY 11, 2021**<br>**TIME: 8:30 A.M.**<br>**COURTROOM: 10B**<br>**JUDGE: HON. JOHN A. KRONSTADT** |

## DECLARATION OF DIMITRIOS YORTZIDIS

I, Dimitrios Yortzidis, hereby declare as follows:

1. I am the owner and operator of Bobo's Hamburgers in Pacoima, California. The facts stated herein are true and correct of my own personal knowledge, and if called as a witness I could and would competently testify thereto.

2. The Bobo's Hamburgers in Pacoima was scheduled to commence a complete remodel, including to its parking lot, on March 18, 2020. Unfortunately, due to the global pandemic of COVID-19, the remodel was postponed for several months and commenced on May 18, 2020. The remodel is slated to be complete on or about October 2020. The construction consists of an extensive interior and exterior remodel of the entire building, including to its parking lot. The remodel has been planned for several years. The plans were submitted to the City of Los Angeles for a plan check in 2018.

3. The plans for the remodel were submitted and approved by the City of Los Angeles. Attached as Exhibit 1 is a true and correct copy of the site plan sheet for the Bobo's Hamburgers Pacoima remodel. Attached as Exhibit 2 is a true and correct copy of the "PARKING" Site Plan Notes portion of the plan sheet for ease of reading. Included on the site plans are the accessibility requirements for the parking area per the City of Los Angeles. The City of Los Angeles would not have issued permits for this remodel if it did not comply with the required California Building Standards and Title 24 access requirements.

4. The remodel includes a complete new parking lot, including compliance with all the necessary accessibility requirements. Construction has commenced on the parking lot. The existing asphalt parking lot has been demolished and excavated. The new concrete has been poured for the parking per the site plans as demonstrated in Exhibits 1-2.

5. The structural changes and construction to the exterior and interior of the restaurant, including to the parking lot, are permanent in nature, comply with ADA guidelines and bear significant expense for Bobo's Hamburgers. Bobo's Hamburgers has absolutely no reason to bear this expense and then bear the cost of undoing its remedial efforts only to defy the ADA requirements. The changes, as evidenced in the site plans, are permanent and in compliance with the ADA requirements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 9, 2020 in Pacoima, California.

_____
DIMITRIOS YORTZIDIS

**EXHIBIT 1**

# A0.3 — access notes

**BOBO'S HAMBURGERS**
13433 VAN NUYS BLVD
PACOIMA CA
91331 USA

**becher design group**
5353-8 AZTEC DRIVE
LA MESA, CALIFORNIA
91942 USA
866.240.1177
www.becherplus.com

project number: A11006TI

## Revision Block

| | | |
|---|---|---|
| HEALTH DEPT. PLAN CHECK | 9 JUL 2018 | |
| PLAN CHECK | 26 JUL 2018 | |
| ⚠ HEALTH DEPT. REVISION | 7 AUG 2018 | |
| ⚠ BUILDING DEPT. REVISION | 28 AUG 2018 | |
| HEALTH DEPT. REVIEW | 17 FEB 2019 | |
| PLANNING CDD REVIEW | 17 JUN 2019 | |
| BUILDING DEPT. REVIEW | 28 AUG 2019 | |
| BUILDING DEPT. ACCESS REVIEW | 10 SEP 2019 | |
| HEALTH DEPT. REVIEW | 27 SEP 2019 | |
| TRANSPORTATION DEPT. REVIEW | 01 OCT 2019 | |
| PLANNING CDD SUBMITTAL REVIEW | 25 OCT 2019 | |
| TRANSPORTATION DEPT. APPROVAL REVISION | 16 DEC 2019 | |
| BUILDING DEPT. REVIEW | 02 JAN 2020 | |

**CONSTRUCTION ADMIN SET 000**

owner: **Bloo inc** — dba bobo's hamburgers pacoima
attn: dimitrios yortzidis / asmo yortzidis

2701 FIRESTONE BLVD. UNIT C
SOUTH GATE, CA
90280 USA
818.890.2603

structural engineer: **thom hume engineers, inc.**
attn: tony nixon
1336 ELLA ST
SAN LUIS OBISPO CA 93406
805.543.6311

electrical engineer: **nai consulting engineers**
attn: sam nakhla p.e.
28043 SMYTH DR / STE 201
VALENCIA CA 91355
661.244.2772

LICENSED ARCHITECT — JAMES BECHER — C 25574 — 10.31.2021 — STATE OF CALIFORNIA

# CITY OF LOS ANGELES ACCESSIBILITY NOTES
NOTE: CODE REFERENCES ARE TO THE 2017 EDITION OF THE LOS ANGELES BUILDING CODE

## A. APPLICATION AND ADMINISTRATION
1. Public accommodations shall provide working condition those features of facilities and equipment that are required to be accessible to and useable by persons with disabilities. Isolated or temporary interruptions in service or accessibility due to maintenance or repairs shall be permitted. §11B-108

## B. BUILDING BLOCKS
### FLOOR AND GROUND SURFACES
1. Floor and ground surfaces shall be stable, firm, and slip resistant. §11B-302.1
2. Carpet or carpet tile shall be securely attached and shall have a firm cushion, pad, or backing or no cushion or pad. Carpet or backing no more than 1/2 inch maximum. Pile height shall be 1/2 inch maximum. §11B-302.2, Figure 11B-302.2

### CHANGES IN LEVEL
3. Changes in level up to 1/4 inch high maximum and without edge treatment. Changes in level greater than 1/4 inch and not exceeding 1/2 in in height shall be beveled with a slope not steeper than 1:2. §11B-303, Figure 11B-303.2 & 11B-303.3
4. Changes in level greater than 1/2 inch shall be ramped per 11B-405 Ramps or 11B-406 Curb Ramps as required. §11B-303.4
5. Abrupt changes in level exceeding 4 inches in a vertical dimension between walks, sidewalks or other pedestrian ways and adjacent surfaces or features shall be identified by warning curbs projecting at least 6 inches above the walk or sidewalk surface or by guards or handrails with a guide rail centered 2 inches minimum and 4 inches maximum above the surface of the walk or sidewalk. These requirements shall not apply between a walk or sidewalk and an adjacent street or driveway. §11B-303.5

### TURNING SPACE
6. Circular turning spaces shall be a space of 60 inches diameter minimum. §11B-304.3.1
7. T-Shaped turning spaces shall be a T-shaped space within a 60 inch square minimum with arms and base 36 inches wide minimum. Each arm of the T must be clear of obstructions 12 inches minimum in one direction, and the base shall be clear of obstructions 24 inches minimum. §11B-304.3.2, Figure 11B-304.3.2

### KNEE AND TOE CLEARANCE
8. Knee and toe clearances required to be accessible, toe clearance shall be provided that is 30 inches in width and 9 inches in height above the finish floor or ground for a depth of 19 inches maximum. §11B-306.2.1
9. Knee clearance shall be permitted to extend 25 inches maximum under an element at 9 inches above the finish floor or ground, with 6 inches maximum extending for a depth of 11 inches above the finish floor or ground, with 6 inches maximum under an element between 9 and 27 inches above the finish floor or ground. §11B-306.3
10. At lavatories in toilet and bathing facilities, knee clearance shall be provided that is 30 inches in width for a depth of 11 inches at 9 inches above the finish floor or ground with an additional toe clearance 6 inches deep from the front edge of a counter with a built-in lavatory or at the front edge of a wall-mounted lavatory fixture. §11B-306.3, Figure 11B-306.3(c)
11. At dining and work surfaces required to be accessible, knee clearance shall be provided that is 30 inches in width at 27 inches above the finish floor or ground for a depth of at least 19 inches. §11B-306.3

### PROTRUDING OBJECTS
12. Objects with leading edges more than 27 inches and not more than 80 inches above the finish floor or ground shall protrude no more than 4 inches horizontally into the circulation path. Handrails may protrude 4-1/2 inches maximum. §11B-307.2
13. Freestanding objects mounted on posts or pylons may overhang 12 inches maximum from 27 inches to 80 inches above the finish floor or ground. §11B-307.3
14. Protruding objects shall not reduce the clear width required for accessible routes. §11B-307.5
15. The clear width of an accessible route shall have a clear distance greater than 12 inches, shall be heading and warning cane detection cane detectable warnings shall be located at the bottom of the stair risers and outside other elements. §11B-307.2(a)
16. Vertical clearance shall be 80 inches high minimum. Guardrails or other barriers shall be provided where the vertical clearance is less than 80 inches above the finish floor or ground. The leading edge of such barrier shall be located 27 inches maximum above the finish floor or ground. §11B-307.4
17. Guardrails or other circulation paths less than 80 inches high shall be provided where the vertical clearance is less than 80 inches. §11B-307.4
18. Handrails shall have a continuing surface with rounded profile, no sharp corners or abrasive surfaces, free from any elements or obstructions that could provide a hazard or could snag clothing. §11B-307.4, Figure 11B-307.4
19. Handrails do not protrude more than 4-1/2 inches maximum into the circulation path at any location. §11B-307.4, Figure 11B-307.4.1
20. Objects mounted with their leading edges at or below 27 inches above the finish floor or ground shall be permitted to protrude any amount. §11B-307.4.5, Figure 11B-307.4.1

### REACH RANGES
21. Electrical controls and switches intended to be used by the occupant of a room or area to control lighting, heating, cooling or cooking shall comply with all reach range requirements. §11B-307.5
22. Where a clear floor or ground space allows a forward approach to an element, the low side reach shall be 15 inches minimum above the finish floor or ground. The high side reach shall be 48 inches maximum above the finish floor or ground. §11B-308.2.1, Figure 11B-308.2.1
23. Where a high forward reach is over an obstruction, the clear floor space shall extend beneath the element for a distance not less than the required reach depth over the obstruction. The high forward reach shall be 48 inches maximum where the reach depth is 20 inches maximum. Where the reach depth exceeds 20 inches, the high forward reach shall be 44 inches maximum and the reach depth shall be 25 inches maximum. §11B-308.2.2, Figure 11B-308.2.2
24. Where a clear floor or ground space allows a parallel approach to an element, the high side reach shall be 48 inches maximum and the low side reach shall be 15 inches minimum above the finish floor or ground. §11B-308.3.1, Figure 11B-308.3.1
25. Where a side reach is over an obstruction, the clear floor space shall be 15 inches deep minimum and 30 inches wide. Where the side reach is greater than 10 inches but not greater than 24 inches, the high side reach shall be 46 inches maximum above the finish floor or ground. Where the side reach is greater than 24 inches, the high side reach shall be 44 inches maximum above the finish floor or ground. §11B-308.3.2, Figure 11B-308.3.2
26. Obstructed high side reach for the operable parts of fuel dispensers are installed on existing curbs. §11B-308.3.3

### OPERABLE PARTS
27. Operable parts shall be operable with one hand and shall not require tight grasping, pinching, or twisting of the wrist. Force required to activate operable parts shall be 5 pounds maximum. §11B-309.4

## C. ACCESSIBLE ROUTES
### DETECTABLE WARNINGS AND DETECTABLE DIRECTIONAL TEXTURE
1. Detectable warning surfaces shall comply with Section 11B-705 and approximate FS 33538 of Federal Standard 595C. §11B-705.1.1.3.1
2. Detectable warning surfaces shall be yellow and approximate FS 33538 of Federal Standard 595C. Contrast in percent shall be determined by the following formula: Contrast percent = [(B1-B2)/B1] x 100 where B1 = light reflectance value (LRV) of the lighter area and B2 = light reflectance value (LRV) of the darker area. §11B-705.1.1.3.2 (See exception)

### DOORS, DOORWAYS, GATES AND TURNSTILES
3. Doors, doorways, and gates that are part of an accessible route shall comply with 11B-404 Doors, Doorways, and Gates. §11B-404.1
4. Doors, doorways, and gates shall have a clear opening width of 32 inches minimum. Clear openings of doorways with swinging doors shall be measured between the face of the door and the stop, with the door open 90 degrees. §11B-404.2.3
5. Maneuvering clearances for forward approach and the side reach clearance at doors and gates shall have a clear opening width of 18 inches minimum. §11B-404.2.4, Figure 11B-404.2.4.1
6. Thresholds at doorways shall be 1/2 inch high maximum. Raised thresholds and changes in level at doorways shall comply with 11B-302 and 11B-303. §11B-404.2.5
7. Handles, pulls, latches, locks, and other operating devices on accessible doors and gates shall have a shape that is easy to grasp with one hand and does not require tight grasping, pinching, or twisting of the wrist. Operable parts of such hardware shall be 34 inches minimum and 48 inches maximum above the finish floor. §11B-404.2.7
8. Door closers and door spring hinges shall be adjusted so that from an open position of 90 degrees, the time required to move the door to a position of 12 degrees from the latch is 5 seconds minimum. §11B-404.2.8
9. Maneuvering clearances for the forward approach and the side reach clearance at doors and gates shall have a clear opening width of 18 inches minimum. Fire doors shall have a minimum opening force allowable by the appropriate administrative authority, not to exceed 5 pounds. §11B-404.2.9
10. Each door that is not required to be accessible shall have a smooth surface on the push side extending the full width of the door or gate. The surface shall extend from the finish floor or ground to 10 inches above, and shall be free of sharp or abrasive edges. Cavities created by added kick plates shall be capped. §11B-404.2.10

### RAMPS
11. Ramps shall have a running slope not steeper than 1:12. §11B-405.2
12. Cross slope of ramp runs shall not be steeper than 1:48 (2.083%). §11B-405.3
13. The clear width of a ramp run shall be 48 inches minimum between handrails. §11B-405.5
14. The rise for any ramp run shall be 30 inches maximum. §11B-405.6
15. Ramps shall have landings at the top and the bottom of each ramp run. §11B-405.7
16. The landing clear length shall be 60 inches long minimum, in the direction of downward travel from the ramp run. §11B-405.7.3
17. Where ramps change direction between runs at landings, the clear landing shall be 60 inches by 60 inches minimum. §11B-405.7.4
18. Doorways located at ramp landings shall comply with §11B-404.
19. Ramps and adjacent landings shall be designed so that water will not accumulate on walking surfaces. §11B-405.10

### HANDRAILS
20. Handrails are required on both sides of stairs and ramps. §11B-505.2
21. Handrails shall be continuous within the full length of each stair flight or ramp run. Inside handrails on switchback or dogleg stairs and ramps shall be continuous between flights or runs. §11B-505.3
22. Top of gripping surfaces of handrails shall be 34 inches minimum and 38 inches maximum above stair nosings, ramp surfaces and walking surfaces. Handrails with circular cross sections shall have an outside diameter of 1-1/4 inches minimum and 2 inches maximum. §11B-505.4
23. Clearance between handrail gripping surface and adjacent surfaces shall be 1-1/2 inches minimum. §11B-505.5 (See exception)
24. Handrail gripping surfaces shall be continuous along their length and shall not be obstructed along their tops or sides. The bottoms of the handrail gripping surfaces shall not be obstructed for more than 20 percent of their length. Where provided, horizontal projections shall occur 1-1/2 inches minimum below the bottom of the handrail gripping surface. §11B-505.6
25. Handrail gripping surfaces and any surfaces adjacent to them shall be free of sharp or abrasive elements. Edges shall have a minimum radius of 1/8 inch. §11B-505.7.1
26. Handrail gripping surfaces with a non-circular cross section shall have a perimeter dimension of 4 inches minimum and 6-1/4 inches maximum, and a cross-section dimension of 2-1/4 inches maximum. §11B-505.7.2
27. Handrails shall not rotate within their fittings. §11B-505.9
28. Handrails shall extend beyond and in the same direction of stair flights and ramp runs in accordance with Section 11B-505.10. Handrail Extensions. §11B-505.10
29. Ramp handrails shall extend horizontally above the landing for 12 inches minimum beyond the top and bottom of ramp runs. Extensions shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent ramp run. §11B-505.10.1
30. At the top of a stair flight, handrails shall extend horizontally above the landing for 12 inches minimum beginning directly above the first riser nosing. Extensions shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight. §11B-505.10.2
31. At the bottom of a stair flight, handrails shall extend at the slope of the stair flight for a horizontal distance equal to one tread depth beyond the last riser nosing. Extension shall return to a wall, guard, or the landing surface, or shall be continuous to the handrail of an adjacent stair flight. §11B-505.10.3

### STAIRWAYS
32. A stair is defined as a change in elevation, consisting of one or more risers. §11B-202
33. All steps on a flight of stairs shall have uniform riser heights and uniform tread depths. Risers shall be 4 inches high minimum and 7 inches high maximum. Treads shall be 11 inches deep minimum. §11B-504.2
34. Open risers are not permitted. §11B-504.3 (See exception)
35. The radius of curvature at the leading edge of the tread shall be 1/2 inch maximum. Nosings that project beyond risers shall have the underside of the leading edge curved or beveled. Risers shall be permitted to slope under the tread at an angle of 30 degrees maximum from vertical. The permitted projection of the nosing shall extend 1-1/4 inches maximum over the tread below. §11B-504.5 (See exception for existing buildings)
36. On exterior stairs, each tread shall be marked by a stripe providing clear visual contrast. The stripe shall be a minimum of 2 inches wide to a maximum of 4 inches wide placed parallel to, and not more than 1 inch from, the nose of the step or upper approach and shall be of material that is at least as slip resistant as the other treads of the stair. A painted stripe shall be acceptable. Grooves shall not be used to satisfy this requirement. §11B-504.4.1
37. The surface of interior stair treads and landings shall be slip resistant and marked by a stripe providing clear visual contrast. The stripe shall be a minimum of 2 inches wide to a maximum of 4 inches wide placed parallel to, and not more than 1 inch from, the nose of the step or upper approach and shall be of material that is at least as slip resistant as the other treads of the stair. A painted stripe shall be acceptable. Grooves shall not be used to satisfy this requirement. §11B-504.4.2

### CURB RAMPS, BLENDED TRANSITIONS AND ISLANDS
38. Perpendicular ramp runs shall have a running slope not steeper than 1:12 (8.33%). §11B-406.2.1
39. Perpendicular curb ramps, where provided, curb ramp flares shall not be steeper than 1:10 (10%). §11B-406.2.2, Figure 11B-406.2.2
40. The clear width of the landing at the top of the curb ramp shall be 48 inches minimum. §11B-406.2.3
41. Parallel curb ramps shall have a running slope not steeper than 1:12 (8.33%). §11B-406.3.1, Figure 11B-406.3.1
42. At the bottom of parallel curb ramps, there shall be a turning space that is 48 inches minimum by 48 inches minimum. The slope of the turning space in all directions shall be 1:48 (2.083%) maximum. Grade breaks shall not be permitted on the surface of ramp runs and turning spaces. Surface slopes that meet the adjacent gutter or street shall be at 1:20 (5%). §11B-406.3.2
43. The cross slope of curb ramps and blended transitions shall be 1:48 (2.083%) maximum. §11B-406.5.3
44. Curb ramps and the flared sides of curb ramps shall be located so that they do not project into vehicular traffic lanes, parking spaces, or parking access aisles. Curb ramps at marked crossings shall be wholly contained within the markings, excluding any flared sides. §11B-406.5.4
45. The clear width of curb ramp runs (excluding any flared sides), blended transitions, and turning spaces shall be 48 inches minimum. §11B-406.5.5
46. Assistive listening systems shall be required and be stable, firm, and slip resistant. Curb ramps, blended transitions and islands shall be at the same level as the street or gutter at the curb line. §11B-406.5.6
47. Detectable warnings and detectable directional texture at curb ramps, landings and islands shall be provided per 11B-705 Detectable Warnings and Detectable Directional Texture. §11B-406.6, Figure 11B-406.6

## D. GENERAL SITE AND BUILDING ELEMENTS
1. Where parking spaces are provided, accessible parking spaces shall be provided in number and kind required per Section 11B-208 Parking Spaces. §11B-208.1
2. Where passenger loading zones, drop-off zones, and/or bus stops are provided, accessible passenger loading zones, drop-off zones, and/or bus stops are required. §11B-209.1

## E. PLUMBING FIXTURES AND FACILITIES
### DRINKING FOUNTAINS
1. Units shall have a clear floor or ground space positioned for a forward approach and centered on the unit. Knee and toe clearance complying with Section 11B-306 shall be provided. §11B-602.1
2. The spout shall be located 36 inches maximum above the finish floor or ground. §11B-602.4
3. The spout shall be located 15 inches minimum from the vertical support and 5 inches maximum from the front edge of the unit, including bumpers. §11B-602.5
4. The spout shall provide a flow of water 4 inches high minimum and shall be located 5 inches maximum from the front of the unit. The angle of the water stream from the spout outlet shall be measured horizontally relative to the front face of the unit. Where spouts are located less than 3 inches from the front of the unit, the angle of the water stream shall be 30 degrees maximum. Where spouts are located between 3 inches and 5 inches maximum from the front of the unit, the angle of the water stream shall be 15 degrees maximum. §11B-602.6
5. Spout outlets of drinking fountains shall be 38 inches minimum and 43 inches maximum above the finish floor or ground. §11B-602.7
6. At drinking fountains where standing persons shall be 38 inches minimum and 43 inches maximum above the finish floor or ground. §11B-602.8
7. Wall and post-mounted cantilevered drinking fountains shall be 18 inches minimum and 43 inches maximum in depth. §11B-602.9

### WASHING MACHINES AND CLOTHES DRYERS
8. Washing machines and clothes dryers shall comply with Section 11B-309 Operable Parts. §11B-611.1
9. Washing machines and clothes dryers shall have the door to the laundry compartment located 36 inches maximum above the finish floor. Front loading machines shall have the bottom of the opening to the laundry compartment located 15 inches minimum and 36 inches maximum above the finish floor. §11B-611.4

### TOILET AND BATHING ROOM CLEARANCES
10. Doors to unisex toilet rooms and unisex bathing rooms shall have privacy latches. §11B-213.2.1
11. Mirrors located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 40 inches maximum above the finish floor or ground. Mirrors not located above lavatories or countertops shall be installed with the bottom edge of the reflecting surface 35 inches maximum above the finish floor. §11B-603.2
12. Toilet and bathing rooms shall be identified by the International Symbol of Accessibility complying with 11B-703.7.2.1 in white on a blue background, or a minimum 36 inches wide by 36 inches high. The centerline of the International Symbol of Accessibility shall be placed on the wall 60 inches from the finish floor or ground to the centerline of the symbol. §11B-703.7.2.6
13. Toilet and Bathing Rooms, directional signs indicating the location of the nearest combined toilet room or bathing room within the facility shall be provided. Signs shall comply with Section 11B-703 Signs. §11B-703.7.2.6.1
14. Toilet and Bathing Rooms shall be identified by the International Symbol of Accessibility complying with 11B-703.7.2.1 ISA. Where clustered single-user toilet and bathing facilities are clustered at a single location, no more than 50 percent of the toilet and bathing rooms for each use at each cluster shall be required to comply with Section 11B-603 Toilet and Bathing Rooms. Identifying features and location shall comply with 11B-703.7.
15. Toilet and Bathing Room identification signs, where provided, shall comply with Section 11B-703 Signs. §11B-603.5

### WATER CLOSETS AND TOILET COMPARTMENTS
16. Clearance around a water closet shall be 60 inches wide minimum and 56 inches deep minimum for wall hung water closets and 59 inches deep minimum for floor mounted water closets measured perpendicular from the rear wall, and 60 inches minimum measured from a side wall. §11B-604.3
17. Water closet seats shall be 17 inches minimum and 19 inches maximum above the finish floor measured to the top of the seat. §11B-604.4
18. Lateral and rear grab bars shall be provided at water closets. Grab bars shall comply with 11B-609. §11B-604.5
19. Hand operated flush controls shall be located on the open side of the water closet except when the water closet is located adjacent to a side wall. Flush controls shall be hand operated or automatic. Hand operated flush controls shall comply with 11B-309. §11B-604.6
20. Toilet paper dispensers shall be located 7 inches minimum and 9 inches maximum in front of the water closet measured to the centerline of the dispenser. The outlet of the dispenser shall be located 15 inches minimum and 48 inches maximum above the finish floor and shall not be located behind grab bars. Dispensers shall not be of a type that does not allow continuous paper flow. §11B-604.7
21. Toilet compartments shall comply with Section 11B-604.8 Wheelchair Accessible Compartments. §11B-604.8

### URINALS
22. Urinals shall be of the stall type or wall hung type. Wall hung urinals shall have the rim 17 inches maximum above the finish floor or ground. Urinals shall be a minimum 13-1/2 inches deep measured from the outer face of the urinal rim to the back of the fixture. §11B-605.2
23. Flush controls shall be hand operated or automatic, and shall comply with Section 11B-309 Operable Parts. §11B-605.4

### SIGNS RELATED TO TOILETS AND BATHING FACILITIES
24. Entrances to toilet rooms and bathing rooms shall be identified by a geometric symbol complying with 11B-703 Toilet and Bathing Rooms shall be identified by a geometric symbol complying with Section 11B-703. §11B-703.7.2.6
a. Geometric Symbols. The symbol shall be mounted at 58 inches minimum and 60 inches maximum above the finish floor or ground surface measured from the centerline of the symbol. Where a door is provided, the symbol shall be mounted within 1 inch of the vertical centerline of the door. §11B-703.7.2.6.1
b. Pictogram field. §11B-703.6.1
Pictograms when used as the sole method of identification shall be identified by an equilateral triangle, 1/4 inch thick with edges 12 inches long and a vertex pointing upward. The triangle shall be either a light background with a dark pictogram or a dark background with a light pictogram.
c. Men's toilet and bathing facilities shall be identified by an equilateral triangle, 1/4 inch thick with edges 12 inches long and a vertex pointing upward. The triangle shall be either a light background with a dark pictogram or a dark background with a light pictogram. §11B-703.7.2.6.2
d. Women's toilet and bathing facilities shall be identified by a circle, 1/4 inch thick and 12 inches in diameter. The circle symbol shall contrast with the door, either with a light background or dark on a light background. §11B-703.7.2.6.2
e. Unisex toilet and bathing facilities shall be identified by a circle, 1/4 inch thick, 12 inches in diameter with a 1/4 inch thick triangle with a vertex pointing upward superimposed on the circle and within the 12 inch diameter. The triangle symbol shall contrast with the circle symbol, either light on a dark background or dark on a light background. The circle symbol shall contrast with the door, either light on a dark background or dark on a light background. §11B-703.7.2.6.2

## F. COMMUNICATION ELEMENTS AND FEATURES
### FIRE ALARM SYSTEMS
1. Where fire alarm systems provide audible alarm coverage, alarms shall comply with 11B-215 Fire Alarm Systems. §11B-215.1 (See exception)
2. Alarms in public use areas and common use areas shall comply with 702 Chapter 9, Section 907.5.2.3.1. §11B-215.2
3. Where employee work areas have audible alarm coverage, the wiring system shall be designed so that visible alarms complying with NFPA 72 (1999 or 2002 edition) incorporated by reference, see "Referenced Standards" in Chapter 1), except that the maximum allowable sound level of audible notification appliances complying with Section 907.5.2.3 can be integrated into the alarm system. §11B-215.3
4. Fire alarm systems shall be designed and installed so that the audible sound level for audible notification appliances is a minimum of 15 dB above the average ambient sound level or 5 dB above the maximum sound level having a duration of 60 seconds or more in any 24 hour period whichever is greater in every occupiable space in the building. Section 4-3.2.1 of NFPA 72 (1999 edition) shall have a sound level no more than 110 dB at the minimum hearing distance from the audible appliance. In addition, alarms in the locations specified in sections 4-3 and 4-4 of NFPA 72 (1999 edition) or section 7.4 and 7.5 of NFPA 72 (2002 edition), and Chapter 9, Sections 907.5.2.1 and 907.5.2.3. §11B-702.1

### ASSISTIVE LISTENING SYSTEMS
5. Assistive listening systems shall be provided in assembly areas, including courtrooms, lecture halls, courtrooms, public hearing rooms, legislative chambers, motion picture houses, auditoriums, theaters, playhouses, dinner theaters, concert halls, centers for the performing arts, amphitheaters, arenas, stadiums, grandstands, convention centers. §11B-219.2 (See exception)
Note: Assembly areas include, but are not limited to, classrooms. NFPA 72
6. Assistive listening system shall provide an amplification system containing: amplifiers, receivers, and coupling devices to bypass the acoustical space between a sound source and a listener by means of induction loop, radio frequency, infrared, or direct-wired equipment. §202
7. The minimum number of receivers shall be 4 percent of the total number of seats, but not less than two. Twenty-five percent of receivers provided, but no fewer than two, shall be hearing-aid compatible except when all seats in the assembly area are permanently installed with listening systems. §11B-219.3 (See exception)
8. Twenty-five percent minimum of receivers provided for assistive listening systems, but no fewer than two, shall be hearing-aid compatible except when all total number of seats in the assembly area. §11B-219.3
9. When assistive-listening systems are limited to specific areas or seats, such areas or seats shall be within a 50-foot viewing distance of the stage or playing area and shall have a complete view of the stage or playing area. §11B-219.4
10. Permanently installed assistive-listening systems are required in areas 2(1) they have fixed seating and (2a) they accommodate at least 50 persons or (2b) they have audio-amplification systems, except those used exclusively for paging and/or background music. §11B-219.2, §11B-219.5
11. Portable assistive-listening systems shall be provided in each assembly area where permanent systems are not required. §11B-219.5
12. Receivers required for use with an assistive listening system shall include a 1/8 inch standard mono jack. §11B-706.3
13. Receivers required to be hearing-aid compatible shall interface with telecoils in hearing aids through the provision of neck loops. §11B-706.4
14. Assistive listening systems shall be capable of providing a sound pressure level from 110 – 118 dB with a dynamic range on the volume control of 50 dB minimum. §11B-706.5
15. Signal-to-noise ratio for internally generated noise in assistive listening systems shall be 18 dB minimum. §11B-706.6
16. Peak clipping shall not exceed 18 dB of clipping relative to the peaks of speech. §11B-706.6

### TWO-WAY COMMUNICATION SYSTEMS
17. Two-way communication systems that are provided to gain admittance to a building or facility or to restricted areas within a building or facility shall provide both audible and visual signals. Handset cords, if provided, shall be 29 inches long minimum. §11B-230, §11B-708
18. Wired systems shall include the capability of supporting voice and TTY communication with the residential dwelling unit interface. §11B-708
19. Residential dwelling unit interface of communications systems between a residential dwelling unit and a site, building, or floor entrance shall include a telephone jack capable of supporting voice and TTY communication with the common use or public use system interface. §11B-708

### TELEPHONES
20. Public pay telephones, coin less public pay telephones, public closed-circuit telephones, public courtesy phones, or other types of public telephones are provided, public telephones shall be provided in accordance with Table 11B-217 Telephones for each type of public telephone provided. For purposes of this section, a bank of telephones consists of two or more adjacent telephones. §11B-217.1
21. Where public telephones provided are located on the exterior of a building and unobstructed at least one public telephone shall be provided in accordance with Table 11B-217.2. §11B-217.2
22. At least one of each type of public telephone provided per floor shall comply with 11B-704.3. §11B-217.4
23. TTYs complying with 11B-704.4 shall be provided in accordance with 11B-704.5. §11B-217.5 (See exception)
24. Where a public telephone is in the interior of a building consists of three or more public pay telephones, at least one public telephone at the bank shall be provided with a shelf and an electrical outlet in accordance with 11B-704.5. §11B-217.5 (See exception)



# PARKING
NOTE: CODE REFERENCES ARE TO THE 2017 EDITION OF THE LOS ANGELES BUILDING CODE

**Marking.** Each accessible car and van space shall have a surface identification sign shall be visible from each parking space. Signs shall be permanently posted either immediately adjacent to the parking space or be permanently posted on a wall at the interior end of the parking space.

**Marking.** Each accessible car and van space shall have a surface identification of accessibility complying with Section 11B-703.7.2.1 in white on a blue background a minimum 36 inches wide by 36 inches high. The centerline of the International Symbol of Accessibility shall be placed at the centerline of the parking space. The centerline of the space shall be at the lower end aligned with the end of the parking space.

The parking space shall be outlined or painted blue and shall be marked with a suitable contrasting color. The area within the space shall be located within white borders. The space shall be suitable contrasting color. The centerline of parking space shall be parallel to the length of the parking space and its lower corner at, or lower side aligned with the end of the parking space.

### ACCESS AISLES
**Marking.** Access aisles shall be marked with a blue painted borderline around their perimeter. The area within the lines shall be painted blue and shall be marked with hatched lines a maximum of 36 inches on center in a color contrasting with that of the aisle surface, preferably blue or white. The words "NO PARKING" shall be painted on the surface within each access aisle in white letters a minimum of 12 inches high and located to be visible from the adjacent vehicular way. Access aisle markings may extend beyond minimum required length.

**Location.** Access aisles shall not overlap the vehicular way. Access aisles shall be permitted to be placed on either side of the parking space except for van parking spaces, which shall have access aisles located on the passenger side of the parking spaces.

### SIGNAGE
**Identification.** Parking space identification signs shall include the International Symbol of Accessibility complying with Section 11B-703.7.2.1 and an additional sign with the designation "van accessible." Signs shall be 60 inches (5 feet) minimum above the finish floor or ground measured to the bottom of the sign.
**Exception:** Signs located within an accessible route shall be a minimum of 80 inches (6 feet, 8 inches) above the finish floor or ground measured to the bottom of the sign.

**Finish and size:** Parking identification signs shall be reflectorized with a minimum area of 70 square inches.

**Minimum Fine.** Additional language below the International Symbol of Accessibility shall state: "Minimum Fine $250."

**11B-502.6 Additional signage.** An additional sign shall be posted either:
1) In a conspicuous place at each entrance to an off-street parking facility or
2) Immediately adjacent to on-site accessible parking and visible from each parking space.
The sign shall not be less than 17 inches by 22 inches with letters not less than 1 inch in height which clearly states the following:
"Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense.
Towed vehicles maybe reclaimed at: BLACK'T WHITE GARAGE INC. 10857 SAN FERNANDO RD, PACOIMA, CA 91331 or by telephoning 818-899-9511."

**11B-502.6.2 Lettering.** The additional sign shall clearly state in letters with a minimum height of 1 inch the following:
"Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense."



## LIGHT FIXTURE LEGEND

SEE SHEET A1.5 RCP FOR OVERHANG LIGHTING

S1 — LSI INDUSTRIES 148.5W LED FORWARD THROW LIGHT FIXTURE W/ INTERNAL LOUVER SHIELD ON 16' POLE, ON 36" HEIGHT CONCRETE ROUND PLATFORM.

S2 — LSI INDUSTRIES 148.5W LED FORWARD THROW LIGHT FIXTURE ON 16' POLE, ON 36" HEIGHT CONCRETE ROUND PLATFORM.

S3 — LSI INDUSTRIES 93.1W LED (BACK TO BACK) FORWARD THROW LIGHT FIXTURE(S) ON 16' POLE, ON 36" HEIGHT CONCRETE ROUND PLATFORM.

TELFAIR AVE.
EXIST. DRIVEWAY
EXISTING SIDEWALK
135.82'
150.82'
48'
98'
50'
83'
VAN NUYS BLVD.
EXIST. SIDEWALK
NEW COVERED TRASH ENCLOSURE TYP.
NEW LANDSCAPING AREA (15 SQFT) W/ 6" CONCRETE CURB TYP.
EXIST. 6' CMU WALL TYP.
NEW LANDSCAPE AREA 6" CONCRETE CURB.
NEW DRIVE-THRU DIRECTIONAL SIGN, LIGHT FROM WITHIN, COORDINATE W/ OWNER. TYP.
WHITE PARKING SPACE PAINT STRIPING PER CITY STANDARD TYP.
NEW 8' DRIVE-THRU MENUBOARD W/ ROOF CANOPY ABOVE, LIT FROM WITHIN. SPEAKER AND MICROPHONE INCLUDED, COORDINATE W/ OWNER.
REPLACE EXIST. PARKING AREA PAVEMENT W/ NEW CONCRETE PAVING TYP.
EXISTING PARKING AREA
NEW TRASH RECEPTACLE
NEW LANDSCAPE AREA W/ 6" CONCRETE CURB TYP.
LOT 1
7,123.5 SQ FT
DISABLED VAN SPACE
COMPACT
EXIST. 36" CMU WALL TYP.
EXIST. 6" CONCRETE CURB TYP.
NEW LANDSCAPING AT EXIST. W/ NEW 6" CONCRETE CURB.
NEW REPLACEMENT MONUMENT SIGN AT LOCATION OF EXIST. MONUMENT SIGN TYP.
INSTALL PAVEMENT MARKINGS TYP.
NO LEFT TURN DIRECTIONAL SIGN TYP.
EXIST. DRAIN / FILTER, CONFIRM OPERATIONAL AND REPAIR AND OR REPLACE AS REQUIRED TYP.
NEW LANDSCAPING AT EXIST. W/ NEW 6" CONCRETE CURB.
NEW ACCESS RAMP TYP.
NEW BICYCLE PARKING TYP.
EXIST. CITY BUS STOP TYP.
LOT 2
7,537.4 SQ FT
LOT 1 & 2
14,660.9 SQ FT
EXISTING ONE STORY (16' - 6 1/2" HT) RESTAURANT
2,874 SQFT.
FAR = 0.196
NEW LANDSCAPING AT EXIST. W/ NEW 6" CONCRETE CURB.
EXIST. CITY BUS STOP AD STRUCTURE TYP.
NO LEFT TURN DIRECTIONAL SIGN TYP.
EXIST. DRAIN / FILTER, CONFIRM OPERATIONAL AND REPAIR AND OR REPLACE AS REQUIRED TYP.
EXIST. GAS METER TO REMAIN TYP.
NEW TRASH RECEPTACLE ON NEW 6" CONCRETE PAD. TYP.
EXIST. DRIVE-THRU LANE CONCRETE DRIVE TO REMAIN.
EXIST. DRIVE-THRU
EXIST. DRIVE-THRU LANE
EXIST. ROOF OVERHANG TYP.
REPLACE EXIST. DRIVE-THRU LANE PAVEMENT W/ NEW CONCRETE PAVING TYP.
NEW LANDSCAPE AREA 6" CONCRETE CURB.
EXIST. 6' CMU WALL TYP.
EXIST. DRIVE-THRU OVERHANG WALL TYP.
EXIST. DRIVE-THRU CONCRETE CURB TYP.
LANDSCAPING 1047.5 SQFT
LANDSCAPING 643 SQFT
DT MENUBD
DT DIRECTIONAL
204 SQFT
73 SQFT
72 SQFT
117 SQFT
NO LEFT TURN

## SITE PLAN NOTES

**ALL DIMENSIONS ARE TO FACE OF STUD, CMU, OR CONCRETE UNLESS NOTED OTHERWISE [F.O.F. = FACE OF FINISH]. CONTRACTOR SHALL VERIFY ALL EXISTING CONDITIONS AND DIMENSIONS PRIOR TO COMMENCING WORK. THE CONTRACTOR SHALL INFORM THE ARCHITECT OF ANY DISCREPANCIES PRIOR TO COMMENCING WORK.**

1. THE PROPOSED MENUBOARD AND SPEAKER SHALL BE POSITIONED IN A MANNER TO LIMIT NOISE AND LIGHT TO ADJACENT RESIDENTIAL UNITS.
2. THE TRASH ENCLOSURE SHALL BE KEPT IN A SECURE MANNER AT ALL TIMES AND REGULARLY MAINTAINED FOR REMOVAL OF GRAFFITI AND DEBRIS, WHICH SHALL BE REMOVED WITHIN TWENTY-FOUR [24] HOURS OF DEPOSIT OR NOTICE THEREOF.
3. ALL EXISTING AND PROPOSED LANDSCAPING SHALL BE CONTINUALLY AND REGULARLY MAINTAINED.
4. ALL NEW LANDSCAPING WILL BE NATIVE OR SIMILAR PLANT SPECIES, THERE WILL BE NO GRASS LAWNS REQUIRING EXTENSIVE WATERING AND OR WEEKLY MAINTENANCE.
5. EXTENSIVE USE OF FLOWERING LOW-WATER NATIVE PLANT SPECIES WILL BE USED.
6. ALL NEW LANDSCAPE PLANTINGS IRRIGATION REQUIREMENTS ARE SUPPLIED VIA A LOW FLOW DRIP SYSTEM.
7. ALL PLANTED AREAS SHALL BE IRRIGATED IN ACCORDANCE WITH THE PROVISIONS OF SECTION 12.41 OF THE LOS ANGELES MUNICIPAL CODE.
8. ALL PORTIONS OF EVERY IRRIGATION SYSTEM SHALL BE CONTINUOUSLY MAINTAINED IN A CONDITION SUCH THAT THE INTENT OF THE IRRIGATION DESIGN IS FULFILLED. UNCONTROLLED EMISSION OF WATER FROM ANY PIPE, VALVE HEAD, EMITTER, OR OTHER IRRIGATION DEVICE SHALL BE CONSIDERED EVIDENCE OF NON-MAINTENANCE.

## LANDSCAPING LEGEND

**LANDSCAPE AREA**
EXIST. LANDSCAPING AREA 680 SQFT (REMOVED)
NEW LANDSCAPING AREA 2303.5 SQFT

| LANDSCAPE | TYPE |
|---|---|
| | **LANDSCAPE GRAVEL** 5/8" UNWASHED GRAVEL |
| | **LOW GROWING GROUND COVER** |
| L1 | ANGELINA STONECROP / SEDUM RUPESTRE 'ANGELINA' QUANTITY (18 / 1GAL) APPROX. SIZE / PLANTING / 2"H 12"W APPROX. SIZE / MATURITY / 3"H 30"W TIME TO MATURITY / MODERATE |
| L2 | LOW HORIZON WESTRINGIA / WESTRINGIA FRUTICOSA 'WES06' QUANTITY (35 / 1GAL) APPROX. SIZE / PLANTING / 5"H 12"W APPROX. SIZE / MATURITY / 10"H 27"W TIME TO MATURITY / FAST |
| L3 | MEXICAN BLUE SAGE / SALVIA CHAMAEDRYOIDES QUANTITY (11 / 1GAL) APPROX. SIZE / PLANTING / 5"H 10"W APPROX. SIZE / MATURITY / 12"H 18"W TIME TO MATURITY / MODERATE |
| L4 | CENTENNIAL HYBRID WILD LILAC / CEANOTHUS 'CENTENNIAL' QUANTITY (5 / 1GAL) APPROX. SIZE / PLANTING / 5"H 12"W APPROX. SIZE / MATURITY / 1-2'H 6-10'W TIME TO MATURITY / FAST |
| L5 | SHINING PINK ROCK PURSLANE / CALANDRINIA SPECTABILIS QUANTITY (8 / 1GAL) APPROX. SIZE / PLANTING / 5"H 12"W APPROX. SIZE / MATURITY / 10"H 20"W TIME TO MATURITY / MODERATE |
| | **MEDIUM HEIGHT / SIZE PERENNIAL** |
| M1 | RIO BRAVO TEXAS RANGER / LEUCOPHYLLUM LANGMANIAE QUANTITY (18 / 1GAL) APPROX. SIZE / PLANTING / 16"H 12"W APPROX. SIZE / MATURITY / 5'H 5'W TIME TO MATURITY / MODERATE |
| M2 | VIBE IGNITION PURPLE SALVIA / SALVIA X JAMENSIS QUANTITY (6 / 1GAL) APPROX. SIZE / PLANTING / 6"H 10"W APPROX. SIZE / MATURITY / 12"H 18"W TIME TO MATURITY / MODERATE |
| | **MEDIUM HEIGHT / SIZE FAN** |
| M3 | SILVER DESERT SPOON / DASYLIRION WHEELERI QUANTITY (5 / 1GAL) APPROX. SIZE / PLANTING / 16"H 14"W APPROX. SIZE / MATURITY / 4'H 5'W TIME TO MATURITY / SLOW |
| M4 | VARIEGATED DWARF AGAVE / AGAVE DESMETTIANA 'VARIEGATA' QUANTITY (8 / 1GAL) APPROX. SIZE / PLANTING / 14"H 12"W APPROX. SIZE / MATURITY / 34"H 34"W TIME TO MATURITY / SLOW |
| M5 | COLOR GUARD ADAM'S NEEDLE / YUCCA FILAMENTOSA QUANTITY (8 / 1GAL) APPROX. SIZE / PLANTING / 16"H 16"W APPROX. SIZE / MATURITY / 3'H 4'W TIME TO MATURITY / FAST |
| | **TALL HEIGHT / SIZE TREES** |
| T1 | DESERT MUSEUM PALO VERDE / CERCIDIUM X QUANTITY (1 / 24" BOX) APPROX. SIZE / PLANTING / 6'H 5'W APPROX. SIZE / MATURITY / 25'H 25'W TIME TO MATURITY / FAST |
| T2 | SWEET KATIE BURGUNDY DESERT WILLOW / CHILOPSIS LINEARIS QUANTITY (1 / 5GAL) APPROX. SIZE / PLANTING / 4'H 3'W APPROX. SIZE / MATURITY / 18'H 15'W TIME TO MATURITY / MODERATE |

| Submittal | Date |
|---|---|
| HEALTH DEPT. PLAN CHECK | 9 JUL 2018 |
| PLAN CHECK | 26 JUL 2018 |
| 1 HEALTH DEPT. REVISION | 7 AUG 2018 |
| 2 BUILDING DEPT. REVISION | 28 AUG 2018 |
| HEALTH DEPT. REVIEW | 17 FEB 2019 |
| PLANNING CDO REVIEW | 17 JUN 2019 |
| BUILDING DEPT. REVIEW | 28 AUG 2019 |
| BUILDING DEPT. ACCESS REVIEW | 10 SEP 2019 |
| HEALTH DEPT. REVIEW | 27 SEP 2019 |
| 3 TRANSPORTATION DEPT. REVISION | 01 OCT 2019 |
| 4 PLANNING CDO SUBMITTAL REVIEW | 25 OCT 2019 |
| 5 TRANSPORTATION DEPT. APPROVAL REVISION | 16 DEC 2019 |
| BUILDING DEPT. REVIEW | 02 JAN 2020 |

CONSTRUCTION ADMIN
SET 000

owner
**Btoo inc** dba bobo's hamburgers pacoima
attn: dimitrios yortzidis
asimo yortzidis

2701 FIRESTONE BLVD. UNIT C
SOUTH GATE, CA
90280 USA
818.890.2603

structural engineer
**thom hume engineers, inc.**
attn: tony nixon

1336 ELLA ST.
SAN LUIS OBISPO CA 93406
USA
805.543.6311

electrical engineer
**nai consulting engineers**
attn: sam nakhla p.e.

28043 SMYTH DR / STE 201
VALENCIA CA 91355
USA
661.244.2772

LICENSED ARCHITECT
JAMES BECHER
C 25574
10.31.2021
RENEWAL DATE
STATE OF CALIFORNIA

**becher design group**
5353-8 AZTEC DRIVE
LA MESA, CALIFORNIA
91942 USA

866.240.1177
www.becherplus.com

**project number: A11006TI**

# BOBO'S HAMBURGERS

13433 VAN NUYS BLVD
PACOIMA CA
91331 USA

site plan

# A0.51

## PLOT / LANDSCAPE PLAN

SCALE 1/8" = 1 FOOT

all ideas, design arrangements and plans indicated or represented by these drawings, renderings, models, or photos are owned by and the property of james becher architect, becher+ (becher design group) and were created, evolved and developed for use on and in connection with the specified project. none of such ideas, designs, arrangements, or plans shall be disclosed to any person, firm, or corporation for any purpose what so ever, without the written permission of james becher.

A11006TI BOBOS PAC 2015 CD 01 020 PO23.vwx

**EXHIBIT 2**

# PARKING

NOTE: CODE REFERENCES ARE TO THE 2017 EDITION OF THE LOS ANGELES BUILDING CODE

**Location.** A parking space identification sign shall be visible from each parking space. Signs shall be permanently posted either immediately adjacent to the parking space or within the projected parking space width at the head end of the parking space. Signs may also be permanently posted on a wall at the interior end of the parking space.

**Marking.** Each accessible car and van space shall have surface identification complying with either Sections 11B-502.6.4.1 or 11B-502.6.4.2.

The parking space shall be marked with an International Symbol of Accessibility complying with Section 11B-703.7.2.1 in white on a blue background a minimum 36 inches wide by 36 inches high. The centerline of the International Symbol of Accessibility shall be a maximum of 6 inches from the centerline of the parking space, its sides parallel to the length of the parking space and its lower corner at, or lower side aligned with, the end of the parking space length.

The parking space shall be outlined or painted blue and shall be marked with an International Symbol of Accessibility complying with Section 11B-703.7.2.1 a minimum 36 inches wide by 36 inches high in white or a suitable contrasting color. The centerline of the International Symbol of Accessibility shall be a maximum of 6 inches from the centerline of the parking space, its sides parallel to the length of the parking space and its lower corner at, or lower side aligned with, the end of the parking space.

## ACCESS AISLES

**Marking.** Access aisles shall be marked with a blue painted borderline around their perimeter. The area within the blue borderlines shall be marked with hatched lines a maximum of 36 inches (3 feet) on center in a color contrasting with that of the aisle surface, preferably blue or white. The words "NO PARKING" shall be painted on the surface within each access aisle in white letters a minimum of 12 inches (1 foot) in height and located to be visible from the adjacent vehicular way. Access aisle markings may extend beyond the minimum required length.

**Location.** Access aisles shall not overlap the vehicular way. Access aisles shall be permitted to be placed on either side of the parking space except for van parking spaces which shall have access aisles located on the passenger side of the parking spaces.



MARKING 11B-502.6.4
Align
WITHIN THE LOADING & UNLOADING PAINT THE WORDS "NO PARKING" IN 12" HIGH MINIMUM WHITE LETTERS
1.48% MAX SURFACE SLOPE IN ANY DIRECTION
70 sq. in Accessibility Parking Sign
18'-0" MIN
9'-0" MIN O.C.
8'-0" MIN AT VAN ACCESSIBLE PARKING STALL
5'-0" MIN AT STD. ACCESSIBLE PARKING STALL

VAN PARKING SPACES SHALL BE PERMITTED TO BE 108 INCHES (9 FEET) WIDE MINIMUM WHERE THE ACCESS AISLE IS 96 INCHES (8 FEET) WIDE MINIMUM.

## SIGNAGE

**Identification.** Parking space identification signs shall include the International Symbol of Accessibility complying with Section 11B-703.7.2.1. Signs identifying van parking spaces shall contain additional language or an additional sign with the designation "van accessible." Signs shall be 60 inches (5 feet) minimum above the finish floor or ground surface measured to the bottom of the sign.
**Exception:** Signs located within an accessible route shall be a minimum of 80 inches (6 feet, 8 inches) above the finish floor or ground surface measured to the bottom of the sign.

**Finish and size.** Parking identification signs shall be reflectorized with a minimum area of 70 square inches.

**Minimum fine.** Additional language or an additional sign below the International Symbol of Accessibility shall state "Minimum Fine $250."

**11B-502.8 Additional signage.** An additional sign shall be posted either;
1) In a conspicuous place at each entrance to an off-street parking facility or
2) Immediately adjacent to on-site accessible parking and visible from each parking space.

**11B-502.8.1 Size.** The additional sign shall not be less than 17 inches wide by 22 inches high.

**11B-502.8.2 Lettering.** The additional sign shall clearly state in letters with a minimum height of 1 inch the following:
"Unauthorized vehicles parked in designated accessible spaces not displaying distinguishing placards or special license plates issued for persons with disabilities will be towed away at the owner's expense.
Towed vehicles maybe reclaimed at: BLACK 7 WHITE GARAGE INC. 10857 SAN FERNANDO RD, PACOIMA, CA 91331 or by telephoning 818-896-9511."

---

**nai consulting engineers**
attn:   sam nakhla p.e.

28043 SMYTH DR / STE 201
VALENCIA CA 91355
USA
661.244.2772


LICENSED ARCHITECT
JAMES BECHER
C 25574
10.31.2021 RENEWAL DATE
STATE OF CALIFORNIA

**becher design group**

5353-8 AZTEC DRIVE
LA MESA, CALIFORNIA
91942  USA

866.240.1177
www.becherplus.com

project number:   A11006TI

# BOBO'S HAMBURGERS

13433 VAN NUYS BLVD
PACOIMA CA
91331 USA

access notes

# A0.3

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 1223 Wilshire Blvd., #493, Santa Monica, California 90403.

On the date indicated below, I served the foregoing document(s) described as: **DECLARATION OF DIMITRIOS YORTZIDIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on the interested parties as follows:

These documents were served on all the parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number, including the parties identified in the attached service list.

[ ] **(BY MAIL)** I placed the document(s) in sealed envelope(s) addressed as set forth above and caused such envelope(s) to be deposited in the mail at Los Angeles, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(BY OVERNIGHT MAIL)** I placed the document(s) in sealed envelope(s) addressed accordingly and caused such envelope(s) to be deposited in the delivery box regularly maintained by OVERNITE EXPRESS, in an envelope package designated by OVERNITE EXPRESS with delivery fees paid or provided for addressed as set forth above.

[ X ] **(BY NOTICE OF ELECTRONIC FILING)** I delivered a true copy of the above-referenced document or documents by Notice of Electronic Filing generated by the Court's CM/ECF system, pursuant to the Court's Local Rules, to the addressee or addressees listed above.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on July 10, 2020, at Los Angeles, California.

Rosalinda V. Amash

- 4 -
YORTZIDIS DECL. ISO MOTION TO DISMISS