Rosalinda V. Amash (SBN 213905)
LAW OFFICE OF ROSALINDA V. AMASH
1223 Wilshire Blvd., #493
Santa Monica, CA 90403
T: (424) 268-4610
E: rosalinda@amashlaw.com

Attorney for DEFENDANTS ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br>v.<br><br>ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST; AND DOES 1-10, inclusive,<br><br>Defendants. | **CASE NO.: 2:20 cv 03852- JAK-AGR**<br><br>**RELATED CASE: 2:20-CV-06128-JFW-AGR**<br><br>**DEFENDANTS' NOTICE OF RELATED CASE [L.R. 83-1.3]**<br><br>**COURTROOM: 10B**<br>**JUDGE: HON. JOHN A. KRONSTADT** |

Pursuant to Local Rule 83-1.3, Defendants Athanasios Yortzidis and Asimo Yortzidis and Alexandra Sarigianides (collectively, "Defendants") hereby notify the Court of related cases currently pending in the Central District of California, which arise from the same or a closely related transaction, happening, or event as

the case presently before this Court, calls for a determination of the same or substantially related or similar questions of law and fact, and would entail substantial duplication of labor if heard by different judges:

***Brenda Core v. Alexandra Sarigianides, et al.*, Case No. 2:20-cv-06128-JFW-AGR**

On July 9, 2020, Plaintiff Brenda Core filed a complaint against Athanasios Yortizdis and Alexandra Sarigianides, in a case currently styled as *Brenda Core v. Alexandra Sarigianides, et al.*, Case No. 2:20-cv-06128-JFW-AGR.  Like Plaintiff Anthony Bouyer ("Plaintiff") in the instant case, Plaintiff Core is a serial ADA litigant, and she similarly asserts two claims for disability discrimination:  violation of the Americans with Disabilities Act of 1990 ("ADA"), 42 U.S.C. § 12181 et seq; and violation of California's Unruh Civil Rights Act, Cal. Civ. Code § 51 et seq. ("Unruh") stemming from her alleged visit to Defendant's restaurant located at 13433 Van Nuys Blvd. in Pacoima, CA.

**II.    In the Interest of Judicial Economy, and Consistency, the Two Cases Should be Related.**

This case satisfies all three criteria for relating to the present action. First, the cases arise from the same or closely related events. L.R. 83-1.3.1(a).  Both serial ADA litigants allege to have visited the same restaurant during the similar time period and allege the same causes of actions against the Defendants.  Second, the cases call for determination of the same or substantially related questions of

law and fact.  L.R. 83-1.3.1(b).  In fact, in the present action, Defendants brought a motion to dismiss based on the lack of jurisdiction, mootness of the Plaintiff's injunctive claims and a request that the Court deny to exercise its supplemental jurisdiction over Plaintiff's state claims.  Similarly, Defendants intend to bring a similar same motion in the *Core v. Sarigianides* case on the same grounds as in the present case.  Lastly, in light of the identical legal issues presented in these cases, Defendants anticipate that litigating these cases separately will create a substantial duplication of labor if heard by different judges.  Having two judges preside over these cases with the same Defendants, issues of law and facts, will result in substantial and expensive duplication of labor.  Additionally, inconsistent rulings may result.

    Accordingly, these cases should be deemed Related Cases pursuant to LocalRule 83.1.3.

LAW OFFICE OF ROSALINDA V. AMASH

By: _____

Rosalinda V. Amash
Attorney for DEFENDANTS,
ATHANASIOS YORTZIDIS,
ASIMO YORTZIDIS and
ALEXANDRA SARIGIANIDES

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 1223 Wilshire Blvd., #493, Santa Monica, California 90403.

On the date indicated below, I served the foregoing document(s) described as: **DEFENDANTS' NOTICE OF RELATED CASE [L.R. 83-1.3]** on the interested parties as follows:

These documents were served on all the parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number, including the parties identified in the attached service list.

[ ]   **(BY MAIL)**  I placed the document(s) in sealed envelope(s) addressed as set forth above and caused such envelope(s) to be deposited in the mail at Los Angeles, California. The envelope(s) was/were mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   **(BY OVERNIGHT MAIL)**  I placed the document(s) in sealed envelope(s) addressed accordingly and caused such envelope(s) to be deposited in the delivery box regularly maintained by OVERNITE EXPRESS, in an envelope package designated by OVERNITE EXPRESS with delivery fees paid or provided for addressed as set forth above.

[ X ]   **(BY NOTICE OF ELECTRONIC FILING)** I delivered a true copy of the above-referenced document or documents by Notice of Electronic Filing generated by the Court's CM/ECF system, pursuant to the Court's Local Rules, to the addressee or addressees listed above.

1  I declare under penalty of perjury under the laws of the state of California
2  and the United States of America that the foregoing is true and correct.
3  Executed on August 14, 2020, at Los Angeles, California.

_____
Rosalinda V. Amash