Rosalinda V. Amash (SBN 213905)
LAW OFFICE OF ROSALINDA V. AMASH
1223 Wilshire Blvd., #493
Santa Monica, CA 90403
T: (424) 268-4610
E: rosalinda@amashlaw.com

Attorney for DEFENDANTS ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST; AND DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO.: 2:20 cv 03852- JAK-AGR<br><br>SUPPLEMENTAL DECLARATION OF DIMITRIOS YORTZIDIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT<br><br>DATE:　　FEBRUARY 8, 2021<br>TIME:　　8:30 A.M.<br>COURTROOM: 10B<br>JUDGE: HON. JOHN A. KRONSTADT |

## **DECLARATION OF DIMITRIOS YORTZIDIS**

I, Dimitrios Yortzidis, hereby declare as follows:

1. I am an owner and operator of Bobo's Hamburgers in Pacoima, California. The facts stated herein are true and correct of my own personal knowledge, and if called as a witness I could and would competently testify thereto.

2. The Bobo's Hamburgers located at 13433 Van Nuys Blvd, Pacoima ("the Property") commenced an extensive remodel on May 18, 2020. The remodel includes construction to the entire Property, including to the parking lot and the accessible parking area.

3. The parking lot and the accessible parking area was constructed per the site plans designed by our architect, Becher Design Group, and approved by the City of Los Angeles (the site plans were attached to my July 2020 declaration as Exhibit 1). Our general contractor on the project is Vhalos Construction. The remodel includes a complete new parking lot to comply with all the necessary accessibility requirements and relocation to the front entrance of the Property.

4. As I stated in my declaration of July 2020, Bobo's Hamburgers construction commenced in May 2020 and was set to be complete by October 2020. In fact, as I stated at the time of my last declaration, the parking lot had been demolished and new concrete had been poured in preparation for construction of the new parking lot and accessible parking area. The parking lot and accessible parking area was not complete at at the time of the July declaration as it was a work in progress.

5. As of early October 2020, the accessible parking area is now complete. The accessible parking area is completely brand new and ADA compliant.

6. On or about December 24, 2020, I personally took photographs of the new and relocated accessible parking area. Attached hereto as Exhibit 1 (and numbered Ex. 1-1 through Ex. 1-4) are true and correct copies of the photographs I took of the accessible parking area. The photographs depict the re-location of the accessible parking area to the front entrance of the Property, the signage and the aisle markings.

7. The structural changes and construction to the entire restaurant, including to the parking lot and accessible parking area, are permanent in nature, comply with ADA guidelines and bear significant expense for Bobo's Hamburgers. Bobo's Hamburgers has absolutely no reason to bear this expense and then bear the cost of undoing its remedial efforts only to defy the ADA requirements. The changes are permanent and in compliance with the ADA requirements.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on January 10, 2021 in Pacoima, California.

_____
DIMITRIOS YORTZIDIS

Yortzidis Decl.

# EXHIBIT 1




EX. 1-2



EX. 1-3



EX. 1-4

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18, and not a party to the within action. My business address is 1223 Wilshire Blvd., #493, Santa Monica, California 90403.

On the date indicated below, I served the foregoing document(s) described as: **SUPPLEMENTAL DECLARATION OF DIMITRIOS YORTZIDIS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on the interested parties as follows:

These documents were served on all the parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number, including the parties identified in the attached service list.

[ ] **(BY MAIL)** I placed the document(s) in sealed envelope(s) addressed as set forth above and caused such envelope(s) to be deposited in the mail at Los Angeles, California. The envelope(s) was/were mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing. It is deposited with U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ] **(BY NOTICE OF ELECTRONIC FILING)** I delivered a true copy of the above-referenced document or documents by Notice of Electronic Filing generated by the Court's CM/ECF system, pursuant to the Court's Local Rules, to the addressee or addressees listed above.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct.

Executed on January 11, 2021, at Los Angeles, California.

Rosalinda V. Amash

- i -
YORTZIDIS DECL. ISO MOTION TO DISMISS