Rosalinda V. Amash (SBN 213905)
LAW OFFICE OF ROSALINDA V. AMASH
1223 Wilshire Blvd., #493
Santa Monica, CA 90403
T:  (424) 268-4610
E:  rosalinda@amashlaw.com

Attorney for DEFENDANTS ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST; AND DOES 1-10, inclusive,<br><br>Defendants. | CASE NO.:  2:20 cv 03852- JAK-AGR<br><br>DECLARATION OF JOHN KOULOS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(B)(1) AND DECLINE EXERCISE OF SUPPLEMENTAL JURISDICTION<br><br>DATE:    FEBRUARY 8, 2021<br>TIME:    8:30 A.M.<br>COURTROOM: 10B<br>JUDGE:  HON. JOHN A. KRONSTADT |

I, John Koulous hereby declare and state as follows:

1.      The facts stated herein are true and correct of my own personal knowledge, except where stated on information and belief, and if called as a witness I could and would competently testify thereto.

2.      I am at all relevant times herein one of the principals of Vlahos Construction ("Vlahos"), a California licensed contractor (license no. 632388).  Vlahos has almost 30 years of experience in the construction of commercial projects. I am experienced in California building codes requirements, Los Angeles Building Code and the ADA requirements for commercial construction.

3.      In approximately January 2020, Vlahos was hired as the General Contractor by the owners of Bobo's Hamburgers to perform the remodeling of the Bobo's Hamburgers restaurant located at 13433 Van Nuys Blvd, Pacoima, CA ("the Property"). Vlahos was hired to construct and implement the design components to the interior and exterior of the Property, including the parking area.

4.      Construction began on the Property in approximately May 2020.

5.      The accessible parking area and parking lot was constructed pursuant to the specifications and ADA requirements set forth in the plans designed by the Property owner's architect, Becher Design Group.  The plan includes the specific measurements and specifications for the accessible parking area at the Property, including for the slope level and placement of signage and aisle markings.  The

plans also required the relocation of the accessible parking space to the front of the Property.

6.      As part of my duties as general contractor for the remodeling of the Property, I must be on site on a daily basis during the construction to oversee and supervise the construction operation and progress.  As the General Contractor, I supervise and oversee the construction to the Property.

7.      In approximately June-July 2020, the entire parking lot at the Property was demolished and re-paved.  Attached as Exhibits 1 (labeled Ex. 1-1 through Ex. 1-7) are true and correct copies of photographs I took in approximately June/July 2020 at the time the parking lot area was demolished and re-paved.

8.      In approximately October 2020, I oversaw the construction of the accessible parking area, including the installation of the signage and striping. I personally observed the striping and installation of the signage of the accessible parking area.

9.      As of October 2020, the accessible parking area has been complete.  The accessible parking area was relocated to the front of the Property.  The slope of the accessible parking area, the signage and aisle markings are in compliance with the ADA requirements.

10.      On January 8, 2021, I measured the accessible parking space and found the space and aisles to be level with no change in level in excess of 2.0%.  On January 8, 2021, I also personally observed the accessible parking area included the ADA required signage and aisle markings. Attached as Exhibit 2 (labeled Ex. 2-1

through Ex. 2-9) are true and correct copies I took of the accessible parking area on January 8, 2021.

11.     The accessible parking area at the Property has been relocated and constructed in compliance with the applicable federal and state accessibility standards.  Any alleged architectural barriers by Plaintiff as to the accessible parking area do not exist.  The accessible parking area is located in a new area and newly completed according to the ADA requirements and specifications of the Property design plans.

12.     The structural changes and construction to the parking lot and accessible parking area are permanent in nature and bear significant expense for Bobo's Hamburgers.  The changes are permanent.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that this declaration is executed on January 11, 2021 at La Canada, California.

_John Koulos_____

John Koulos

Koulos Decl.

EXHIBIT 1



Ex. 1-1



Ex. 1-2



Ex. 1-3



Ex. 1-4



Ex. 1-5



Ex. 1-6



Ex. 1-7

Koulos Decl.

EXHIBIT  2



Ex. 2-1



Ex. 2-2



Ex. 2-3



Ex. 2-4



Ex. 2-5



Ex. 2-6



Ex. 2-7



Ex. 2-8



Ex. 2-9

# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California.  I am over the age of 18, and not a party to the within action.  My business address is 1223 Wilshire Blvd., #493,  Santa Monica, California 90403.

On the date indicated below, I served the foregoing document(s) described as: **DECLARATION OF JOHN KOULOS IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(B)(1) AND DECLINE EXERCISE OF SUPPLEMENTAL JURISDICTION** on the interested parties as follows: These documents were served on all the parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case caption and number, including the parties identified in the attached service list.

[ ]   **(BY MAIL)**  I placed the document(s) in sealed envelope(s) addressed as set forth above and caused such envelope(s) to be deposited in the mail at Los Angeles, California. The envelope(s) was/were mailed with postage thereon fully prepaid.  I am "readily familiar" with the firm's practice of collection and processing of correspondence for mailing.  It is deposited with U.S. Postal Service on that same day in the ordinary course of business.  I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ X ]   **(BY NOTICE OF ELECTRONIC FILING)** I delivered a true copy of the above-referenced document or documents by Notice of Electronic Filing generated by the Court's CM/ECF system, pursuant to the Court's Local Rules, to the addressee or addressees listed above.

I declare under penalty of perjury under the laws of the state of California and the United States of America that the foregoing is true and correct. Executed on January 11, 2021, at Los Angeles, California.

_____
Rosalinda V. Amash

- 1 -
**PROOF OF SERVICE**