Rosalinda V. Amash (SBN 213905)
LAW OFFICE OF ROSALINDA V. AMASH
1223 Wilshire Blvd., #493
Santa Monica, CA 90403
T: (424) 268-4610
E: rosalinda@amashlaw.com

Attorney for DEFENDANTS ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual, | ) CASE NO.: 2:20 cv 03852- JAK-AGR |
| Plaintiff, | ) |
| v. | ) |
| | ) DECLARATION OF JAMES BECHER IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS FEDERAL CLAIM PURSUANT TO FRCP 12(B)(1) AND DECLINE EXERCISE OF SUPPLEMENTAL JURISDICTION |
| ATHANASIOS YORTZIDIS and ASIMO YORTZIDIS, individually and as trustees of the ATHANASIOS AND ASIMO YORTZIDIS TRUST; ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES, individually and as trustee of the 2000 ALEXANDRA SARIGIANIDES TRUST; AND DOES 1-10, inclusive, | ) ) ) ) ) ) ) ) |
| Defendants. | DATE: FEBRUARY 8, 2021<br>TIME: 8:30 A.M.<br>COURTROOM: 10B<br>JUDGE: HON. JOHN A. KRONSTADT |

I, James Becher hereby declare and state as follows:

1.     The facts stated herein are true and correct of my own personal knowledge, except where stated on information and belief, and if called as a witness I could and would competently testify thereto.

2.     I am a California licensed architect (license number C 25574) and have over 30 years of experience in the architectural design of commercial and residential projects.  I am experienced in the state building codes requirements, Los Angeles Building Code and the ADA Standards for Accessible Design.

3.     I am at all relevant times herein the Owner of BECHER DESIGN GROUP ("BECHER"). BECHER is a full service architectural design group. BECHER is hired to assist owners, developers, contractors and other entities with the architectural design of projects as well as design issues. BECHER is hired to develop the specifications and plans and other construction documents for new and renovation of existing projects.

4.     BECHER was hired by the owners of Bobo's Hamburgers to provide architectural services relating to the remodel of the Bobo's Hamburgers restaurant located at 13433 Van Nuys Blvd, Pacoima, CA ("the Property").

5.      BECHER prepared a full set of plans for the remodel of the Property.  The plans included design components to the interior and exterior of the Property, including the parking lot. Plans prepared by BECHER are used by the contractor to complete and construct the remodel pursuant to the specifications set forth in the

plans.  Attached as Exhibit 1 is a true and correct copy of the "PLAN CHECK SET 002" for the relevant approved plan sheets for the Property remodel.  Exhibit 1 is labeled "Ex. 1-1" through "Ex. 1-5."

6.      In order to obtain a building permit for any remodel of a commercial building, all owners and consultants must comply with the current California Building Code access requirements.  In addition, all owners and consultants must comply with the American Disabilities Act ("ADA").  The plans for the remodel complied with and incorporated the ADA requirements necessary.

7.      BECHER designed the features of the parking area at the Property, including the required van accessible parking space. The plan included the specific measurements for the parking at the Property and incorporated the applicable ADA and California state law standards that apply.

8.      The City of Los Angeles, Department of Building and Safety, Access Division, reviewed and approved the set of plans, including to the components in the "PARKING" as detailed in A03 (Exhibit 1-3).

9.      The remodel commenced in May 2020.  The remodel required extensive construction to the exterior, including the repaving of the parking lot.  The parking lot was demolished and repaved in approximately June 2020.  The parking lot and accessible parking area was built according to the specifications and ADA requirements as specified in BECHER designed plans (Exhibit 1).  The accessible parking area was completed in approximately October 2020.

10.     The permitted design plans for the accessible parking area called for relocation of the accessible parking space. The entire parking lot was demolished and constructed pursuant to the specifications in the plans for the Property. The current accessible parking area is now located in a new and completely different area than the previous accessible parking.  The accessible parking space was relocated to the most direct and shortest distance to entrance of the restaurant as depicted in Exhibit 1-5.

11.     BECHER observes the implementation of the design throughout the construction process.  As part of my architectural services, I routinely visit the Property throughout the construction process.  I personally observed the areas upon which recent work had been performed, including the relocation of the accessible parking area, stripping and signage.

12.     I am familiar with Plaintiff's claims alleged in the action.

13.     Based upon my experience and observations, I conclude the elements of the accessible parking space were completed pursuant to the BECHER design plans and are compliant under the applicable federal and state accessibility standards identified below.

14.     Plaintiff alleges the Property includes "an accessible parking area and accessible aisle that contains slopes excessive of the maximum allowed by ADAAG (Section 502.4).  (Doc. 1 ¶12 [4:3-5])

15.     Section 502.4 states: "Floor or Ground Surfaces. Parking spaces and access aisles serving them shall comply with 302. Access aisles shall be at the same level as the parking spaces they serve. Changes in level are not permitted.  Exception: Slopes not steeper than 1:48 shall be permitted."  The ADA Advisory 502.4 states: "The exception allows sufficient slop for drainage."

16.     BECHER'S plans included specifications for the surface slope as "1.48% MAX SURFACE SLOPE IN ANY DIRECTION" and as depicted in the parking graphic in the Access Notes A.03 under "PARKING" and inserted herein for ease of reference. This is referenced in Exhibit 1-3.



17.     The slope constructed is in compliance with applicable ADA requirements and consistent with specifications in the BECHER plans.

18.     Plaintiff alleges the Property includes "an accessible parking space that does not contain compliant accessible parking signage (Section 502.6)."  (Doc. 1 ¶12 [4:5-6]).

19.     Section 502.6 requires an accessible parking space shall include an "International Symbol of Accessibility" and a sign identifying van parking spaces shall contain the designation "van accessible."

20.     BECHER'S plans included signage of the accessible parking as required in Section 502.6.  BECHER'S set of plans set forth on Access Notes A.03 under "PARKING" (Exhibit 1-3):

**SIGNAGE**

**Identification.** Parking space identification signs shall include the International Symbol of Accessibility complying with Section 11B-703.7.2.1. Signs identifying van parking spaces shall contain additional language or an additional sign with the designation "van accessible."

21.     On my visits to the Property since the accessible parking has been completed, I observed the signage identifying the accessible parking spaces.

22.     On the basis of the foregoing I conclude that the signage identifying the accessible parking space meets the requirements in compliance with ADA 2010 section 502.6.

23.     Plaintiff alleges the Property includes "an accessible parking area and access aisle that are not clearly marked (Section 502.3.3)."  (Doc. 1 ¶12 [4:6-7]

24.     Section 502.3.3 states "Marking. Access aisles shall be marked so as to discourage parking in them."

25.     BECHER'S plans included design as required in Section 502.3.3. BECHER'S set of plans set forth on Access Notes A.03 under "PARKING" provide:

> **ACCESS AISLES**
> **Marking.** Access aisles shall be marked with a blue painted borderline around their perimeter. The area within the blue borderlines shall be marked with hatched lines a maximum of 36 inches (3 feet) on center in a color contrasting with that of the aisle surface, preferably blue or white.
> The words "NO PARKING" shall be painted on the surface within each access aisle in white letters a minimum of 12 inches (1 foot) in height and located to be visible from the adjacent vehicular way. Access aisle markings may extend beyond the minimum required length.

26.     On my visits to the Property since the accessible parking has been completed, I observed the access aisle at the Property.

27.     On the basis of the foregoing I conclude that the access aisles meet the marking requirements in compliance with ADA 2010 section 502.3.3.

28.     Based upon my experience and observations of the Property, I conclude the elements of the accessible parking area are compliant under the applicable federal and state accessibility standards identified as set forth above. On the basis of the foregoing, I conclude that the non-compliant conditions relating to the accessible parking space and adjacent access aisle claimed by Plaintiff do not exist and the new accessible features – the parking spaces and access aisle – are compliant with

1    the stated federal and state requirements.  The alleged architectural barriers to the

2    accessible parking area do not exist.

3

4

5        I declare under penalty of perjury under the laws of the United States of

6    America that the foregoing is true and correct and that this declaration is executed

7    on January __, 2021 at La Mesa, California.

8

9                                          _____

10                                         James Becher

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

BECHER DECL.

EXHIBIT 1

# PLAN CHECK
# SET 002

| | |
|---|---|
| HEALTH DEPT. PLAN CHECK | 9 JUL 2018 |
| PLAN CHECK | 26 JUL 2018 |
| ⚠ HEALTH DEPT. REVISION | 7 AUG 2018 |
| ⚠ BUILDING DEPT. REVISION | 28 AUG 2018 |

CONSTRUCTION ADMINISTRATION SET 000





owner
**Btoo inc**   dba bobo's hamburgers pacoima

2701 FIRESTONE BLVD. UNIT C
SOUTH GATE, CA
90280  USA
818.890.2603

structural engineer
**thom hume engineers, inc.**
attn:  tony nixon

1336 ELLA ST.
SAN LUIS OBISPO CA 93406
USA
805.543.6311

electrical engineer
**nai consulting engineers**
attn:   sam nakhla p.e.

28043 SMYTH DR / STE 201
VALENCIA CA 91355
USA
661.244.2772



**becher design group**

5353-8 AZTEC DRIVE
LA MESA, CALIFORNIA
91942  USA
866.240.1177
www.becherplus.com

project number:   A11006TI

# BOBOS HAMBURGERS PACOIMA

**BOBO'S HAMBURGERS**

13433 VAN NUYS BLVD
PACOIMA CA
91331 USA

title sheet

# TS

EX. 1-1



## VICINITY MAP
SCALE N.T.S.



## PLOT PLAN
SCALE 1" = 20'0"

# PROJECT DATA

**OWNER**
BTOO INC
1084 BOBOS HAMBURGERS PACOIMA
2701 FIRESTONE BLVD. UNIT C
SOUTH GATE, CA
90280 USA

**PROJECT ADDRESS**
13433 VAN NUYS BLVD
PACOIMA CA 91331

**ASSESSOR'S PARCEL NUMBER**
2619-025-017

**LEGAL DESCRIPTION**
TRACT NO. 5550, LOT FR1 & 2, IN THE CITY OF LOS ANGELES,
COUNTY OF LOS ANGELES, STATE OF CALIFORNIA, AS PER MAP
RECORDED M6 &-9 OF MAPS, IN THE OFFICE OF THE COUNTY
RECORDER OF SAID COUNTY.

**ZONING**
[Q]C2-1VL-O-COO-CUGU;
CUGU:   REMODEL DOES NOT MEET CRITERIA
CURRENT VALUE:   $399,982
PROJECT VALUE:   $158,000
ZI-2374 LOS ANGELES STATE ENTERPRISE ZONE
SECTION 12.21A4(x) (3)
PARKING RATIO:   500
ZI-2313 PACOIMA
COO:   REMODEL DOES NOT MEET CRITERIA
CURRENT VALUE:   $399,982 (CURRENT ACCESSORS VALUE)
PROJECT VALUE:   $158,000

**LOT SIZE**
LOT 1   7,123.5 SQ FT
LOT 2   7,537.4 SQ FT

TOTAL   14,660.9 SQ FT

**SETBACKS**
FRONT   0' [EXIST. BUILDING]
SIDE(S)   0' [EXIST. BUILDING]
BACK   0' [EXIST. BUILDING]

**PROJECT WORK DESCRIPTION**
INTERIOR AND EXTERIOR IMPROVEMENTS TO EXIST.
RESTAURANT BUILDING. REPAVE PARKING LOT. NO NEW KITCHEN
EQUIPMENT. EXIST. MECHANICAL A/C UNITS TO REMAIN [NO
CHANGE OF OWNERSHIP OR USE].

**BUILDING CODE**
CALIFORNIA BUILDING CODE 2016
CITY OF LOS ANGELES MUNICIPAL CA CODE 2017
[EXIST BUILDING BUILT 1984]

**TYPE OF CONSTRUCTION**
TYPE – V B [EXIST. BUILDING]   [NON - SPRINKLERED]

**OCCUPANCY**
A-2: RESTAURANT   [NO CHANGE]

**PROJECT SQUARE FOOTAGE**
EXIST. BUILDING SQFT   2960 SQFT
REMOVED   -86 SQFT
TOTAL NEW BUILDING  SQFT:   2,874 SQFT

DINING AREA   1094 SQFT
ENTRY SPACE   290 SQFT
RESTROOM ACCESS HALL   83 SQFT
RESTROOMS   105 SQFT [MEN / WOMEN]
COUNTER SERVICE AREA   204 SQFT
KITCHEN   654 SQFT
STORAGE   91 SQFT
OFFICE   47 SQFT

**HEALTH DEPT. PROJECT SQUARE FOOTAGE**
RESTROOMS   105 SQFT [MEN / WOMEN]
COUNTER SERVICE AREA   204 SQFT
KITCHEN   654 SQFT
STORAGE   91 SQFT

TOTAL   1054 SQFT

**OCCUPANT LOAD**
T1 AREA:
DINING ROOM [FIXED SEATS]
FIXED SEATING NEW   72
[98 EXIST. REMOVED]

COUNTER SERVICE AREA   02   [204 / 100 = 2]
KITCHEN AREA   03   [654 / 200 = 3]
OFFICE AREA   00   [47 / 100 = 0]
STORAGE AREA   00   [91 / 300 = 0]
RESTROOMS   00   [105 / 100 = 1]
RESTROOM ACCESS HALL   01   [83 / 100 = 1]
ENTRY SPACE   03   [290 / 100 = 3]
TOTAL   82
[108 EXIST.]

**PLANNING**
ZI-2374 LOS ANGELES STATE ENTERPRISE ZONE
SECTION 12.21A4(x) (3)
PARKING RATIO:   500
REQUIRED PARKING   6 SPACES [2874 SQFT / 500 = 5.7]
PARKING:
EXISTING PARKING   15 SPACES [8 REQ. PER C of O]
NEW TOTAL PARKING   14 SPACES

LANDSCAPE AREA
EXISTING LANDSCAPING AREA   680 SQFT [REMOVED]
NEW LANDSCAPING AREA   2303.5 SQFT

# SHEET INDEX

**ARCHITECTURE**
A0.0   TITLE SHEET
A0.1   PROJECT DATA SHEET
A0.2   GENERAL NOTES
A0.3   ACCESSIBILITY STANDARDS  AND NOTES
A0.4   PROJECT NOTES
A0.4S   SURVEY PLAN
A0.5   DEMO SITE PLAN
A0.5I1   SITE PLAN
A1.0   DEMO PLAN
A1.1   FLOOR PLAN
A1.2   FLOOR PLAN (ACCESS)
A1.2I   ENLARGED FLOOR PLANS (ACCESS)
A1.3   ROOF PLAN
A1.5   REFLECTED CEILING PLAN
A2.1   EXTERIOR ELEVATIONS
A2.2   EXTERIOR ELEVATIONS
A3.1   SECTIONS
A2.5   SIGNAGE ELEVATIONS
A5.5   WALL / STOREFRONT DETAILS
A6.1   DOOR SCHEDULE
A6.3   PLUMBING SCHEDULE
A6.5   WINDOW SCHEDULE
A6.5I   WINDOW SCHEDULE
A7.S1   ENERGY FORMS

**STRUCTURAL**
S0.1   GENERAL NOTES
S0.2   GENERAL NOTES
S1.1   TYPICAL DETAILS
S1.2   TYPICAL DETAILS
S2   FOUNDATION PLAN
S3   ROOF FRAMING PLAN
SC2   FDN FRAMING PLAN  (DRIVE-THRU MENUBOARD COVER)
ST2   FDN FRAMING PLAN   (GARBAGE BIN ENCLOSURE)
SD0.1   DETAILS
SD0.1   DETAILS
SD4.1   DETAILS
SD4.2   DETAILS

HEALTH DEPT.
PLAN CHECK   9 JUL 2018

PLAN CHECK   26 JUL 2018

HEALTH DEPT.
REVISION   7 AUG 2018

BUILDING DEPT.
REVISION   28 AUG 2018

HEALTH DEPT.
REVIEW   17 FEB 2019

PLANNING CDO
REVIEW   17 JUN 2019

BUILDING DEPT.
REVISION   28 AUG 2019

BUILDING DEPT.
ACCESS REVIEW   10 SEP 2019

HEALTH DEPT.
REVIEW   27 SEP 2019

TRANSPORTATION DEPT.
REVISION   1 OCT 2019

PLANNING CDO
SUBMITTAL REVIEW   25 OCT 2019

TRANSPORTATION DEPT.
APPROVAL REVIEW   1 NOV 2019

BUILDING DEPT.
REVIEW   02 JAN 2020

## CONSTRUCTION ADMIN SET 000

owner
**Btoo inc**   dba bobo's hamburgers pacoima
attn:  dimitrios yortzidis
asimo yortzidis
2701 FIRESTONE BLVD. UNIT C
SOUTH GATE, CA
90280  USA
818.890.2603

structural engineer
**thom hume engineers, inc.**
attn:  tony nixon
1336 ELLA ST.
SAN LUIS OBISPO CA 93406
USA
805.543.6311

electrical engineer
**nai consulting engineers**
attn:  sam nakhla p.e.
28043 SMYTH DR / STE 201
VALENCIA CA 91355
USA
661.244.2772



becher design group
5353-8 AZTEC DRIVE
LA MESA, CALIFORNIA
91942  USA
866.240.1177
www.becherplus.com

project number:   A11006TI

# BOBO'S HAMBURGERS
13433 VAN NUYS BLVD
PACOIMA CA
91331 USA

data sheet

# A0.1

EX. 1-2

# CITY OF LOS ANGELES ACCESSIBILITY NOTES

NOTE: CODE REFERENCES ARE TO THE 2017 EDITION OF THE LOS ANGELES BUILDING CODE

## A. APPLICATION AND ADMINISTRATION
## B. BUILDING BLOCKS
## C. ACCESSIBLE ROUTES
## D. GENERAL SITE AND BUILDING ELEMENTS
## E. PLUMBING FIXTURES AND FACILITIES
## F. COMMUNICATION ELEMENTS AND FEATURES
## G. SPECIAL ROOMS AND SPACES





# PARKING

NOTE: CODE REFERENCES ARE TO THE 2017 EDITION OF THE LOS ANGELES BUILDING CODE

## access notes

# A0.3

EX. 1-3

# BOBO'S HAMBURGERS

13433 VAN NUYS BLVD
PACOIMA CA
91331 USA

becher design group

5353-A AZTEC DRIVE
LA MESA, CALIFORNIA
91942 USA
866.240.1177
www.becherdesign.com

project number: A11006[?]

# PROJECT NOTES

ALL DIMENSIONS ARE TO FACE OF STUD, CMU, OR CONCRETE UNLESS NOTED OTHERWISE [F.O.F. = FACE OF FINISH], CONTRACTOR SHALL VERIFY ALL EXISTING CONDITIONS AND DIMENSIONS PRIOR TO COMMENCING WORK. THE CONTRACTOR SHALL NOTIFY THE ARCHITECT OF ANY DISCREPANCIES PRIOR TO COMMENCING WORK.

- THE DISABLED ACCESS PATH OF TRAVEL MUST BE MAINTAINED DURING CONSTRUCTION IF FACILITY IS OPEN FOR BUSINESS.

## GENERAL

1.   COORDINATE AND OR CONFIRM PLACEMENT OF ALL NEW AND OR RELOCATED LIGHT SWITCHES, THERMOSTATS, ELECTRICAL OUTLETS, ACCESS PANELS, DIFFUSERS, AND LIGHT FIXTURES PRIOR TO INSTALLATION W/ ARCHITECT.  CONFIRM COMPLIANCE W/ CBC 11B

2.   FIXTURE INSTALLATION AND REQUIRED BACKING TO BE COORDINATED BY GENERAL CONTRACTOR W/ FIXTURE MANUFACTURER.

3.   CONTRACTOR SHALL COORDINATE THE INSTALLATION OF THE REQUIRED SECURITY SYSTEM WITH THE OWNER / LANDLORD AND THE PLACEMENT OF SYSTEM COMPONENTS WITH THE ARCHITECT.

4.   MAINTAIN ALL EXISTING SHEER WALLS.  REPORT ANY DAMAGED SHEER WALLS TO THE ARCHITECT PRIOR TO CLOSING WALL.

5.   FIX AND REPAIR EXISTING EXTERIOR FINISH TO MATCH NEW.

6.   CONTRACTOR TO COORDINATE PLACEMENT OF ALL EXTERIOR SIGNAGE WITH OWNER.  CONTRACTOR SHALL OBTAIN ALL REQUIRED EXTERIOR SIGNAGE PERMIT[S], PER LOCAL GOVERNING CODES.

7.   ALL EXIT SIGNS SHALL BE ILLUMINATED AT ALL TIMES.

8.   CONFIRM ALL LIGHT SWITCHING AND ELECT. OUTLET LOCATIONS W/ ARCHITECT PRIOR TO LIGHT FIXTURE / SWITCH / OUTLET INSTALLATION.

9.   MAINTAIN ALL EXISTING FIRE RATED SEPARATIONS AT WALLS AND OR CEILING CAVITY.  REPORT TO ARCHITECT AND OWNER IF EXIST. FIRE SEPARATIONS ARE NOT PER PREVAILING CODE.

10.  SHOP DRAWINGS AND OR PRODUCT DATA SHEETS SHALL BE PROVIDED FOR ALL FIXTURES, WINDOWS, DOORS, HARDWARE, LIGHTING, TO THE ARCHITECT FOR APPROVAL PRIOR TO PURCHASE AND INSTALL.

11.  EXISTING FIRE SEPARATION SHALL BE MAINTAINED, NOTIFY ARCHITECT IF REQUIRED FIRE SEPARATION WALLS AND OR MATERIALS ARE NOT CONTIGUOUS AND OR TO PREVAILING CODE.

## ACCESSIBILITY (SEE DOORS)

1.   CONFORM TO ALL ADA AND TITLE-24 REQUIREMENTS ON A0.3 AND TITLE-24 SECTION 11B (CBC 2016).

2.   THE TOPS OF NEW TABLES AND COUNTERS SHALL BE 34" MAX. FROM THE FINISH FLOOR.

3.   WHEN PERMANENT IDENTIFICATION IS PROVIDED FOR ROOMS AND SPACES OF A BUILDING OR SITE, RAISED LETTERS SHALL BE PROVIDED AND SHALL BE ACCOMPANIED BY BRAILLE IN ACCORDANCE WITH CBC TITLE-24 SECTION 11B-703. SIGNS SHALL BE INSTALLED ON THE WALL ADJACENT TO THE LATCH OUTSIDE OF THE DOOR.  WHERE THERE IS NO WALL SPACE ON THE LATCH SIDE, INCLUDING AT DOUBLE LEAF DOORS, SIGNS SHALL BE PLACED ON THE NEAREST ADJACENT WALL. PREFERABLY ON THE RIGHT.  MOUNTING HEIGHT SHALL BE 60" ABOVE THE FINISHED FLOOR TO THE CENTERLINE OF THE SIGN. MOUNTING LOCATION SHALL BE DETERMINED SO THAT A PERSON MAY APPROACH WITHIN 3" OF SIGNAGE WITHOUT ENCOUNTERING PROTRUDING OBJECTS OR STANDING WITHIN THE SWING OF A DOOR.

6.   CONTRACTOR SHALL COORDINATE W/ FIXTURE MANUFACTURER ALL SEATING / TABLE / FRONT COUNTER FIXTURE INSTALLATION AND CONFIRM THAT THEY CONFORM WITH TITLE-24 SECTION 11B [A-2 OCCUPANCY] AND ADA SECTION

## CEILINGS

1.   ALL INTERIOR GYPSUM BOARD SOFFITS SHALL BE FRAMED WITH 20GA. 3-5/8"METAL STUD SYSTEM. UNLESS NOTED OTHERWISE AND INSTALLED PER ASTM E580.

2.   CONTRACTOR SHALL LINE UP AND CONFIRM PLACEMENT OF ALL MECHANICAL DIFFUSERS, LIGHT FIXTURES, AND ALL MISC. FIXTURES W/ ARCHITECT PRIOR TO INSTALLATION.  NO INSTALLED CEILING FIXTURE AND OR PRODUCT SHALL BE ARBITRARILY PLACED.

3.   NOT USED

4.   CONFIRM THE AND LOCATION OF ALL REQUIRED ACCESS PANELS WITH ARCHITECT PRIOR TO PURCHASE AND INSTALLATION.  ALL ACCESS PANELS SHALL BE TRIM-LESS AND INSTALLED PER MANUF. SPECIFICATIONS.

5.   FINAL LOCATION OF MENU/BOARD LED FIXTURES SHALL BE COORDINATED AND APPROVED BY THE ARCHITECT PRIOR TO INSTALLATION.

6.   NEW SPEAKERS AND LOCATION TO BE COORDINATED W/ ARCHITECT AND APPROVED BY OWNER.

7.   ALL SUSPENDED CEILING SYSTEMS SHALL BE USG DX / DXL WHITE T-BAR GRID  AND INSTALLED PER LA RR #25764 AND ICC-ESR-1222.

8.   EXIST. ROOF MOUNTED HVAC UNITS TO REMAIN. CONTRACTOR TO PROVIDED NEW DUCTWORK AS NEEDED FOR NEW CEILING LAYOUT.  ALL NEW DUCTWORK WILL BE SIZED FOR EFFICIENT USE OF EXIST. HVAC UNITS AND PER GOVERNING CODE.

9.   ALL MECHANICAL DUCTWORK AND EQUIPMENT SHALL BE SEISMICALLY BRACED AND ANCHORED IN ACCORDANCE WITH SMACNA STANDARD "GUIDELINES FOR SEISMIC RESTRAINTS OF MECHANICAL SYSTEMS AND PLUMBING PIPING SYSTEMS" AND THE 2016 CALIFORNIA BUILDING CODES.

10.  ALL CEILING PAINT SHALL BE DUNN-EDWARDS NO V.O.C. AND PRIMED AND APPLIED PER MANUFACTURER SPECIFICATIONS. FINISH AND COLOR PER CEILING FINISH LEGEND.  CONFIRM PAINT PRODUCT, COLOR WITH ARCHITECT PRIOR TO PURCHASE AND OR INSTALLATION.

## DOORS

1.   EXIT DOORS SHALL BE OPENABLE FROM THE INSIDE WITHOUT USE OF A KEY OR ANY SPECIAL KNOWLEDGE OR EFFORT.  (CBC, TITLE-24, SECTION 1010.1.9).

2.   WIDTH AND HEIGHT OF REQUIRED EXIT DOORWAYS TO COMPLY WITH TITLE-24.  (CBC, TITLE-24, SECTION 1010).

3.   ALL REQUIRED EXIT DOORS SHALL BE LABELED WITH SIGN STATING:  DOORS TO REMAIN OPEN DURING BUSINESS HOURS - SIZE AND LOCATION PER LOCAL GOVERNING CODE.

4.   SUBMIT HARDWARE AND DOOR CUT-SHEETS FOR ARCHITECT APPROVAL.

5.   COORDINATE KEYING OF ALL LOCK-SETS W/ OWNER.

6.   CONFIRM NEED AND LOCATION OF ALL REQUIRED ACCESS PANELS WITH ARCHITECT PRIOR TO PURCHASE AND INSTALLATION.  ALL ACCESS PANELS SHALL BE TRIM-LESS AND INSTALLED PER MANUF. SPECIFICATIONS.

## FINISHES

1.   CONFIRM ALL FINISHES AND COLORS.  W/ ARCHITECT.

2.   INTERIOR WOOD FIXTURES, WALL, AND CEILING FINISH TO BE FINISHED W/ LOW VOC MATTE SEALER.

3.   ALL INTERIOR PAINT TO BE DUNN-EDWARDS NO VOC, PER FINISH SCHEDULE, AND APPLIED PER MANUF. SPECIFICATIONS, TO BE APPROVED BY ARCHITECT.

4.   ALL TILE TO BE INSTALLED PER TCA INSTALLATION METHODS FOR CORRESPONDING LOCATION AND SUBSTRATE.

5.   ANTI-GRAFFITI APPLIQUE SHALL BE AT ALL EXTERIOR GLAZING SURFACES, COORDINATE WITH OWNER PRIOR TO GLAZING INSTALL.

6.   ALL TILE EDGE PROTECTION AND ACCESSORIES TO BE SCHLUTER, READ AND UNDERSTAND DATA SHEET COMPLETELY BEFORE BEGINNING INSTALLATION.

7.   IF EXIST. CONCRETE SLAB CONDITION CONTAINS CRACKS, TILE WILL BE INSTALLED D/ SCHLUTER-DITRA AND INSTALLED PER MANUF. SPECIFICATIONS.  IF EXIST. CONCRETE SLAB CONDITION CONTAINS ONLY HAIR-LINE CRACKS, TILE WILL BE INSTALLED D/ BOSTIC SPREADABLE ANTI-FRACTURE AND WATERPROOFING MEMBRANE AND INSTALLED PER MANUF. SPECIFICATIONS.

## SPECIALTIES

1.   TOILET ROOM ACCESSORIES TO BE BOBRICK TRIMLINE SERIES AND CBC 11A / ADA COMPLIANT.  COORDINATE THE INSTALLATION WITH THE WORK.

## MATERIALS

1.   ALL NOTED GYPSUM BOARD SHALL BE 5/8" 'USG FIBEROCK' BRAND: AQUA-TOUGH INTERIOR PANEL' AND INSTALLED PER MANUFACTURER SPECIFICATIONS AND ICC ER-5576, NER-684.

2.   ALL METAL STUDS SHALL BE INSTALLED PER LARR# 25529, ICC ER-4943P, ASTM C 754.

3.   ALL SILICONE SEALANTS / CAULK / ADHESIVE TO BE GE BRAND AND INSTALLED PER MANUFACTURERS SPECIFICATIONS. GE SILPRUF SCS2000 AT GLAZING, SCS2700 AT ALL OTHER CONNECTIONS, COLOR TO MATCH ADJACENT MATERIAL.

4.   EXTERIOR PLASTER / STUCCO FACADES AND OVERHANGS SHALL BE MERLEX AND INSTALLED PER MANUF. SPECIFICATIONS AND INSTRUCTIONS, ASTM C926.  BASEX W/ EMBEDDED 4.5oz BASEX MESH, FINAL COAT TO BE 16/20 STUCCO 'LIGHT DASH' TO MATCH EXIST.  W/ ACRYLIC PAINT FINISH. STUCCO TO MATCH THE EXTERIOR PAINT COLOR.

5.   UNLESS NOTED OTHERWISE, ALL STUCCO REVEALS SHALL BE FRY-REGLET, 1" WIDE.  SAMPLE TO BE APPROVED BY ARCHITECT. TO BE INSTALL PER MANUF. SPECIFICATIONS. COORDINATE REVEAL LOCATIONS W/ ARCHITECT PRIOR TO INSTALL TYP.

6.   STOREFRONT WINDOW SYSTEM TO BE CRL / US ALUM. OS 6015G, ANODIZED CLEAR, TEMPERED LOW-E DUAL GLAZING / 29 U-FACTOR / .25 SHGC, INSTALL PER MANUF. SPECIFICATIONS, INSTRUCTIONS AND GOVERNING CODES. ALL ANCHOR FASTENERS SHALL BE S/S.  TEMPERED GLAZING IDENTIFICATION SEAL SHALL BE CLEARLY MARKED AND VISIBLE AFTER INSTALL.

7.   PROVIDE R-25 BATT INSULATION (CERTAINTEED CERTAPRO FSK-25 FACED, FOIL FACE INSTALLED AT EXT.), INSTALLED FULL LENGTH, AS NEEDED TO REPLACE DAMAGED OR MISSING INSULATION AT EXTERIOR WALLS TYP.

8.   UNLESS NOTED OTHERWISE, ALL WATERPROOF MEMBRANES SHALL BE PROTECTO WRAP - JIFFY SEAL.  DO NOT LEAVE EXPOSED, INSTALLED PER MANUF. SPECIFICATIONS.

9.   ALL NEW WALL 2X STUDS AND PLATES SHALL BE NO. 2 WCDF. 2X PLATES IN CONTACT WITH THE CONCRETE SHALL BE PRESSURE TREATED.

10.  PLACE A 1" STUCCO REVEAL WHERE DISSIMILAR STUCCO COLORS MEET, TYP.

| HEALTH DEPT. PLAN CHECK | 9 JUL 2018 |
| PLAN CHECK | 26 JUL 2018 |
| △ HEALTH DEPT. REVISION | 7 AUG 2018 |
| △ BUILDING DEPT. REVISION | 28 AUG 2018 |

CONSTRUCTION ADMINISTRATION SET 000

owner
**Btoo inc**  dba bobo's hamburgers pacoima

2701 FIRESTONE BLVD. UNIT C
SOUTH GATE, CA
90280  USA
818.890.2603

structural engineer
**thom hume engineers, inc.**
attn:  tony nixon

1336 ELLA ST.
SAN LUIS OBISPO CA 93406
USA
805.543.6311

electrical engineer
**nai consulting engineers**
attn:  sam nakhla p.e.

28043 SMYTH DR / STE 201
VALENCIA CA 91355
USA
661.244.2772



**becher design group**

5353-8 AZTEC DRIVE
LA MESA, CALIFORNIA
91942  USA
866.240.1177
www.becherplus.com

project number:   A11006TI

# BOBO'S HAMBURGERS

13433 VAN NUYS BLVD
PACOIMA CA
91331 USA

project notes

EX. 1-4

# A0.4

## SITE PLAN NOTES

ALL DIMENSIONS ARE TO FACE OF STUD, CMU, OR CONCRETE UNLESS NOTED OTHERWISE (F.O.F. = FACE OF FINISH). CONTRACTOR SHALL VERIFY ALL EXISTING CONDITIONS AND DIMENSIONS PRIOR TO COMMENCING WORK. THE CONTRACTOR SHALL INFORM THE ARCHITECT OF ANY DISCREPANCIES PRIOR TO COMMENCING WORK.

1.   THE PROPOSED MENUBOARD AND SPEAKER SHALL BE POSITIONED IN A MANNER TO LIMIT NOISE AND LIGHT TO ADJACENT RESIDENTIAL UNITS.

2.   THE TRASH ENCLOSURE SHALL BE KEPT IN A SECURE MANNER AT ALL TIMES AND REGULARLY MAINTAINED FOR REMOVAL OF GRAFFITI AND DEBRIS, WHICH SHALL BE REMOVED WITHIN TWENTY-FOUR (24) HOURS OF DEPOSIT OR NOTICE THEREOF.

3.   ALL EXISTING AND PROPOSED LANDSCAPING SHALL BE CONTINUALLY AND REGULARLY MAINTAINED.

4.   ALL NEW LANDSCAPING WILL BE NATIVE OR SIMILAR PLANT SPECIES. THERE WILL BE NO GRASS LAWNS REQUIRING EXTENSIVE WATERING AND/OR WEEKLY MAINTENANCE.

5.   EXTENSIVE USE OF FLOWERING LOW-WATER NATIVE PLANT SPECIES WILL BE USED.

6.   ALL NEW LANDSCAPE PLANTING IRRIGATION REQUIREMENTS ARE SUPPLIED VIA A LOW FLOW DRIP SYSTEM.

7.   ALL PLANTED AREAS SHALL BE IRRIGATED IN ACCORDANCE WITH THE PROVISIONS OF SECTION 12.41 OF THE LOS ANGELES MUNICIPAL CODE.

8.   ALL PORTIONS OF EVERY IRRIGATION SYSTEM SHALL BE CONTINUOUSLY MAINTAINED IN A CONDITION SUCH THAT THE INTENT OF THE IRRIGATION DESIGN IS FULFILLED. UNCONTROLLED EMISSION OF WATER FROM ANY PIPE, VALVE HEAD, EMITTER, OR OTHER IRRIGATION DEVICE SHALL BE CONSIDERED EVIDENCE OF NON-MAINTENANCE.

| | |
|---|---|
| HEALTH DEPT. PLAN CHECK | 9 JUL 2018 |
| PLAN CHECK | 26 JUL 2018 |
| HEALTH DEPT. REVISION | 7 AUG 2018 |
| BUILDING DEPT. REVISION | 28 AUG 2018 |

CONSTRUCTION ADMINISTRATION SET 000

## LANDSCAPING LEGEND

| LANDSCAPE | TYPE |
|---|---|
| | LANDSCAPE GRAVEL — 5/8" UNWASHED GRAVEL |
| | LOW GROWING GROUND COVER |
| L1 | ANGELINA STONECROP / SEDUM RUPESTRE 'ANGELINA' |
| L2 | LOW HORIZON™ WESTRINGIA / WESTRINGIA FRUTICOSA 'WES06' |
| L3 | MEXICAN BLUE SAGE / SALVIA CHAMAEDRYOIDES |
| L4 | CENTENNIAL HYBRID WILD LILAC / CEANOTHUS 'CENTENNIAL' |
| L5 | SHINING PINK ROCK PURSLANE / CALANDRINIA SPECTABILIS |
| | MEDIUM HEIGHT / SIZE PERENNIAL |
| M1 | RIO BRAVO TEXAS RANGER / LEUCOPHYLLUM LANGMANIAE |
| M2 | VIBE IGNITION PURPLE SALVIA / SALVIA X JAMENSIS |
| M3 | SILVER DESERT SPOON / DASYLIRION WHEELERI |
| M4 | VARIEGATED DWARF AGAVE / AGAVE DESMETTIANA 'VARIEGATA' |
| M5 | COLOR GUARD ADAM'S NEEDLE / YUCCA FILAMENTOSA |
| | TALL HEIGHT / SIZE TREES |
| T1 | DESERT MUSEUM PALO VERDE / CERCIDIUM X |
| T2 | SWEET KATIE BURGUNDY DESERT WILLOW / CHILOPSIS LINEARIS |

## LIGHT FIXTURE LEGEND

SEE SHEET A1.5 RCP FOR OVERHANG LIGHTING

| S1 | LSI INDUSTRIES 148.5W LED FORWARD THROW LIGHT FIXTURE W/ INTERNAL LOUVER SHIELD ON 16' POLE ON 36" HEIGHT CONCRETE ROUND PLATFORM. |
| S2 | LSI INDUSTRIES 148.5W LED FORWARD THROW LIGHT FIXTURE ON 16' POLE, ON 36" HEIGHT CONCRETE ROUND PLATFORM. |
| S3 | LSI INDUSTRIES 93.1W LED (BACK TO BACK FORWARD THROW LIGHT FIXTURE) ON 16' POLE, ON 36" HEIGHT CONCRETE ROUND PLATFORM. |

**owner**
Btoo inc   dba bobo's hamburgers pacoima
2701 FIRESTONE BLVD. UNIT C
SOUTH GATE, CA
90280  USA
818.890.2603

**structural engineer**
thom hume engineers, inc.
attn:  tony herel
1336 ELLA ST.
SAN LUIS OBISPO CA 93406
USA
805.543.6311

**electrical engineer**
nai consulting engineers
attn:  sam nakhla p.e.
28043 SMYTH DR / STE 201
VALENCIA CA 91355
USA
661.244.2772

**becher design group**
5353-8 AZTEC DRIVE
LA MESA, CALIFORNIA
91942  USA
866.240.1177
www.becherplus.com

project number:   A11006TI

# BOBO'S HAMBURGERS

13433 VAN NUYS BLVD
PACOIMA CA
91331 USA

site plan

# A0.51

**PLOT / LANDSCAPE PLAN**

SCALE  1/8" = 1 FOOT

Ex. 1-5

---

TELFAIR AVE.

VAN NUYS BLVD.

EXIST. DRIVEWAY

EXIST. DRIVEWAY

EXISTING SIDEWALK

135.82'

LOT 1
7,123.5 SQ FT

LOT 2
7,537.4 SQ FT

LOT 1 & 2
14,660.9 SQ FT

EXISTING ONE STORY
(18' - 6 1/2" HT)
RESTAURANT
2,874 SQFT.
FAR = 0.196

EXISTING PARKING AREA

EXIST. DRIVE-THRU LANE

150.82'

1

## **PROOF OF SERVICE**

2

    I am employed in the County of Los Angeles, State of California.  I am over

3

the age of 18, and not a party to the within action.  My business address is 1223 Wilshire Blvd., #493,  Santa Monica, California 90403.

4

5

    On the date indicated below, I served the foregoing document(s) described as: **DECLARATION OF JAMES BECHER IN SUPPORT OF**

6

**DEFENDANT MOTION TO DISMISS FEDERAL CLAIM**

7

**PURSUANT TO FRCP 12(B)(1) AND DECLINE EXERCISE OF SUPPLEMENTAL JURISDICTION** on the interested parties as follows:

8

These documents were served on all the parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above referenced case

9

caption and number, including the parties identified in the attached service list.

10

11

[ ]   **(BY MAIL)**  I placed the document(s) in sealed envelope(s) addressed as set

12

     forth above and caused such envelope(s) to be deposited in the mail at Los

13

     Angeles, California. The envelope(s) was/were mailed with postage thereon

14

     fully prepaid.  I am "readily familiar" with the firm's practice of collection

     and processing of correspondence for mailing.  It is deposited with U.S.

15

     Postal Service on that same day in the ordinary course of business.  I am

16

     aware that on motion of the party served, service is presumed invalid if

17

     postal cancellation date or postage meter date is more than one day after date

     of deposit for mailing in affidavit.

18

19

[ X ] **(BY NOTICE OF ELECTRONIC FILING)** I delivered a true copy of the

20

     above-referenced document or documents by Notice of Electronic Filing

     generated by the Court's CM/ECF system, pursuant to the Court's Local

21

     Rules, to the addressee or addressees listed above.

22

     I declare under penalty of perjury under the laws of the state of California

23

and the United States of America that the foregoing is true and correct. Executed on January 11, 2021, at Los Angeles, California.

24

25

     _____

26

     Rosalinda V. Amash

27

28

- 1 -
**PROOF OF SERVICE**